# WERB & SULLIVAN
ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS

300 DELAWARE AVENUE
P.O. BOX 25046
WILMINGTON, DELAWARE 19899
TELEPHONE: (302) 652-1100
TELECOPIER: (302) 652-1111
Writer's E-Mail: bsullivan@werbsullivan.com

BRIAN A. SULLIVAN, P.A.

COURIER DELIVERY:
300 DELAWARE AVENUE
THIRTEENTH FLOOR
WILMINGTON, DELAWARE 19801

November 16, 2005

The Honorable Gregory M. Sleet
U.S. District Court Judge
J. Caleb Boggs Federal Building
844 North King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

VIA HAND DELIVERY

RE: Broadband Office, Inc. vs. Technology Credit Corporation Motion; Motion for Leave to File Amended Complaint and Brief In Support of Motion; C.A. No. 04-407

Dear Judge Sleet:

Plaintiff's Motion for Leave to File Amended Complaint and Brief in Support of Motion was filed on November 1, 2005. The attorney for Defendant, Thomas W. Briggs, Jr., Esq., has indicated that Defendant will agree not to oppose the Motion and allow the Order to be entered, subject to slight revision to the Order. Accordingly, attached is the revised Order which is acceptable to the parties. This Order simply deletes the last clause of the Order filed with the Motion. The deadline to oppose the Motion passed on November 14, 2005 and no Opposition has been filed. Accordingly, we request that the revised Order attached hereto be entered by the Court at your earliest convenience.

As always, in the event that you require anything further, please do not hesitate to let me know.

Respectfully yours,

Brian A. Sullivan

Cc:  Thomas W. Briggs, Jr., Esq. (via hand delivery)
     Clerk of Court, U.S. District Court (via e-filing)