UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| BROADBAND OFFICE, INC., ) | Civil Action No. 04-407 (GMS) |
| ) | |
| Debtor. ) | Bankruptcy Case No. 01-1720 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Chapter 11 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT CORPORATION ) d/b/a EXTREME NETWORKS CREDIT ) CORPORATION ) | |
| ) | |
| Defendant ) | |

### ORDER

Upon consideration of Plaintiff Broadband Office, Inc.'s Motion for Leave to File its Amended Complaint, (the "Motion") and any and all responses thereto, it is hereby

ORDERED that the relief sought in the Motion is granted; and it is further

ORDERED that Plaintiff is granted leave to file and serve the Amended Complaint attached to the Motion as Exhibit "1".

Dated: Dec 1, 2005

Honorable Gregory M. Sleet
United States District Court Judge

FILED
DEC 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1