## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2005, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**

Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Center, 18th Floor
1201 North Market Street
Wilmington, DE 19801

 

/s/ Brian A. Sullivan
Robert D. Wilcox(#4321)
Brian A. Sullivan(#2098)
Amy D. Brown  (#4077)
Werb & Sullivan
300 Delaware Ave. 13th Floor
Wilmington, DE 19899
Telephone: (302) 652-1100