IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>               Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT<br>CORPORATION d/b/a EXTREME<br>NETWORKS CREDIT CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>               Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Broadband Office, Inc. and Defendants Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation, by and through their respective counsel, hereby stipulate and agree that the time for Defendants Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation to answer, move or otherwise respond to the Amended Complaint for Avoidance of

Prepetition Transfers filed in this action shall be extended through and including January 31, 2006.

| | |
|---|---|
| WERB & SULLIVAN | BLANK ROME LLP |
| */s/ Amy D. Brown* | */s/ Steven L. Caponi* |
| Amy D. Brown (DSBA No. 4077) | Steven L. Caponi (DSBA No. 3484) |
| 300 Delaware Ave., 13th Fl. | 1201 N. Market Street |
| P.O. Box 25046 | Suite 800 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 652-1100 | (302) 425-6400 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation |
| Dated: 1/17/06 | Dated: 1/18/06 |