## CERTIFICATE OF SERVICE

I, Ricardo Palacio, Esquire hereby certify that, on the 30th day of January, 2006, I caused a true and correct copy of the *Answer and Affirmative Defenses to Broadband Office, Inc.'s Amended Complaint* to be served upon the below listed counsel in the manner so indicated.

_____
Ricardo Palacio (I.D. #3765)

122735v1

**HAND DELIVERY**
Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899