## CERTIFICATE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, hereby certify that copies of the foregoing DEFENDANT TECHNOLOGY CREDIT CORPORATION'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT were caused to be served on January 30, 2006 upon the following counsel in the manner indicated:

### BY HAND

Brian A. Sullivan
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801

Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Steven L. Caponi
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

### BY MAIL

Registered Agent for:
Key Equipment Finance, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Thomas W. Briggs, Jr. (#4076)

Date: January 30, 2006
400885