## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT<br>CORPORATION d/b/a EXTREME<br>NETWORKS CREDIT CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

### DEFENDANT, KEY EQUIPMENT FINANCE INC.'S
### MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12 (b)(6), Defendant Key Equipment Finance Inc. f/k/a/ Key Corporate Capital, Inc. f/k/a Leastec Corporation ("Key") by its undersigned counsel, hereby moves that the Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in Defendant Key Equipment Finance Inc.'s

Brief in Support of Its Motion to Dismiss, served and filed contemporaneously herewith.

**BLANK ROME LLP**

By: _____

Steven L. Caponi (DE. I.D. 3484)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6408

and

Regina Stango Kelbon, Esquire
Blank Rome LLP
One Logan Square
130 N 18th St
Philadelphia, PA 19103
Phone: (215)569-5507

Attorneys for Defendant
Key Equipment Finance Inc.

Dated: January 31, 2005

## CERTIFICATE OF SERVICE

I, Steven L. Caponi, Esquire, hereby certify that on January 31, 2006 I caused true and correct copies of Defendant Key Equipment Finance Inc.'s Motion To Dismiss to be served electronically on the following:

Adam Hiller, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899

Thomas W. Briggs, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899

Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Ave., 10th Fl.
P.O. Box 25046
Wilmington, DE 19899

Steven L. Caponi (DE #3484)