IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT<br>CORPORATION d/b/a EXTREME<br>NETWORKS CREDIT CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## (PROPOSED) ORDER

AND NOW, this ___ day of _____, 2006, having considered the Motion to Dismiss filed by Defendant Key Equipment Finance, Inc. and the responses thereto, the Court determines that the Plaintiff lacks standing to pursue this action, and the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

_____
The Hon. Gregory M. Sleet

108600.01608/40159604v.1