IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASETEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Regina Stango Kelbon, Esquire, of the law firm of Blank Rome LLP to represent Defendant Key Equipment Finance Inc. in this matter. Payment of Ms. Kelbon's $25.00 annual fee, in accordance with the Standing Order for District Court Fund, is being submitted upon the filing of this motion.

BLANK ROME LLP

Dated: February 2, 2006

_____
Steven L. Caponi (I.D. No. 3484)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Attorney for Defendant
Key Equipment Finance Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____   _____
                                The Honorable Gregory M. Sleet

108600.01608/40159607v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2006, I electronically filed the Motion and Order for Admission *Pro Hac Vice* using CM/ECF which will send notification of such filing(s) to the following:

Adam Hiller, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100\
P.O. Box 1709
Wilmington, DE  19899

Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE  19899

Thomas W. Briggs, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Ave., 10th Fl.
P.O. Box 25046
Wilmington, DE  19899

_____
Steven L. Caponi (I.D. No. 3484)

108600.01608/40159607v.1