UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* ) | Civil Action No. 04-407 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Bankruptcy Case No. 01-172 (GMS) |
| ) | |
| Debtor. ) | Chapter 11 |
| | |
| BROADBAND OFFICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT CORPORATION ) | |
| d/b/a EXTREME NETWORKS CREDIT ) | |
| CORPORATION, EXTREME NETWORKS, ) | |
| INC., and KEY EQUIPMENT FINANCE, ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, ) | |
| INC. f/k/a LEASTEC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## EXTREME NETWORK INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 71.

1.  Pursuant to Fed. R. Civ. P. 7.1, Defendant Extreme Networks, Inc., by and through its undersigned counsel, hereby states as follows:

2.  Extreme Networks, Inc. is a Delaware corporation. Extreme Networks, Inc. has no parent corporations. There are no publicly held corporations that own 10% or more of Extreme Networks, Inc.'s stock.

Dated: February 2, 2006

ASHBY & GEDDES, P.A.

*/s/ [signature]*

William P. Bowden (I.D. #2553)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue
17th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*-and-*

WINSTON & STRAWN LLP
David A. Honig
Todd J. Dressel
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Co-Counsel for Extreme Networks, Inc.*

166307v1