## CERTIFICATE OF SERVICE

I, Ricardo Palacio, Esquire hereby certify that, on the 2nd day of February, 2006, I caused a true and correct copy of the *Extreme Networks, Inc.'s Corporate Disclosure Statement* to be served upon the below listed counsel in the manner so indicated.

Ricardo Palacio (I.D. #3765)

122735v1

**HAND DELIVERY**
Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**HAND DELIVERY**
Steven L. Caponi, Esq.
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226