IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT<br>CORPORATION d/b/a EXTREME<br>NETWORKS CREDIT CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

**STIPULATED ORDER EXTENDING BRIEFING SCHEDULE**

Whereas Key Equipment filed its Motion to Dismiss and Brief in Support thereof on January 31, 2006; and,

Whereas, Plaintiff's Reply Brief would be due on February 14, 2006; and,

Whereas, the Parties have agreed to stipulate to the following scheduling order.

Plaintiff Broadband Office, Inc. and Defendants Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation, ("Key Equipment") by and

900200.00001/40159258v.1

through their respective counsel, hereby stipulate and agree to the following briefing schedule with regard to Defendant Key Equipment's Motion to Dismiss:

1. Plaintiff shall have through March 2, 2006 to file its answering brief.

2. Defendant Key Equipment shall have through March 16, 2006 to file its reply brief.

Plaintiff and Defendant request such additional time in light of the complex issued raised in Defendant's motion, including but not limited to statute of limitations and exceptions thereto, including relation back under Rule 15(c) and novel areas of law such as identity of the entities, mistake and imputed notice. Counsel for Plaintiff also requests such additional time due to matters pending in this and other courts which require an abundance of counsel's time and resources at this time.

WERB & SULLIVAN

/s/ Amy D. Brown
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Fl.
P.O. Box 25046
Wilmington, DE 19899
(302) 652-1100
(302) 652-1111
Attorneys for Plaintiff

Dated:

BLANK ROME LLP

/s/ Steven L. Caponi
Steven L. Caponi (DSBA No. 3484)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400

Attorneys for Defendants
Key Equipment Finance, Inc.,
f/k/a Key Corporate Capital, Inc.
f/k/a Leastec Corporation

Dated: 2/1/06

SO ORDERED this _____ day of February, 2006.

_____
The Honorable Gregory M. Sleet
United States District Court Judge