## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**

Steven L. Caponi, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**VIA U.S. MAIL**

Regina Stango Kelbon, Esq.
Blank Rome LLP
One Logan Square
130 N 18th Street
Philadelphia, PA 19103

Brian A. Sullivan (#2098)
Amy D. Brown   (#4077)
Werb & Sullivan
300 Delaware Ave. 13th Floor
Wilmington, DE 19899
Telephone: (302) 652-1100