UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | ) | Civil Action No. 04-407 (GMS) |
| | ) | |
| BROADBAND OFFICE, INC., | ) | Bankruptcy Case No. 01-172 (GMS) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| BROADBAND OFFICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TECHNOLOGY CREDIT CORPORATION | ) | |
| d/b/a EXTREME NETWORKS CREDIT | ) | |
| CORPORATION, EXTREME NETWORKS, | ) | |
| INC., and KEY EQUIPMENT FINANCE, | ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, | ) | |
| INC. f/k/a LEASTEC CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Ricardo Palacio, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move for the admission *pro hac vice* of Todd J. Dressel, Esquire, of Winston & Strawn LLP, 101 California Street, Roseland, San Francisco, California 94111 (the "Admittee"), to represent the defendant, Extreme Networks, Inc. in the above-captioned adversary proceeding. The Admittee is admitted, practicing, and in good standing in the courts and jurisdictions set forth below.

| COURT TO WHICH ADMITTED | DATE OF ADMISSION |
|---|---|
| Northern District of California | October 2005 |
| Southern District of California | October 2005 |
| State of California | November 2002 |
| Colorado District Court | August 2004 |
| State of Nevada | October 1996 |

Dated: February 14, 2006                    ASHBY & GEDDES, P.A.

                                            /s/ 
                                            _____
                                            William P. Bowden (I.D. #2553)
                                            Ricardo Palacio (I.D. #3765)
                                            222 Delaware Avenue, 17th Floor
                                            Wilmington, Delaware 19899
                                            Telephone: (302) 654-1888
                                            Facsimile: (302) 654-2067

                                            *Counsel for Extreme Networks, Inc.*

166393v1

**CERTIFICATION OF TODD J. DRESSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the State of Nevada and the State of California and, pursuant to Local Rule 83.6; submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund (effective 1/1/05). I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

WINSTON & STRAWN LLP
Todd J. Dressel, Esq.
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: Tdressel@winston.com

Motion granted.

BY THE COURT:

Date: _____

_____
The Honorable Judge Gregory M. Sleet
United States District Judge

166393v