**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, and EXTREME NETWORKS, INC., and<br>KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## AMENDED STIPULATED ORDER EXTENDING BRIEFING SCHEDULE

WHEREAS Key Equipment filed its Motion to Dismiss and Brief in Support thereof on January 31, 2006; and,

WHEREAS, Plaintiff Broadband Office, Inc. and Defendants Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation, ("Key Equipment") by and through their respective counsel, previously stipulated and agreed to a briefing schedule wherein Plaintiff's Answering brief would be due on March 2, 2006; and,

900200.00001/40159258v.1

WHEREAS, Lead counsel for Plaintiff is involved in expedited proceedings before the Delaware Supreme Court, including expedited briefing, oral arguments scheduled for March 1, 2006 and mediation to take place on February 28, 2006; and

WHEREFORE Plaintiff Broadband Office, Inc. and Defendants Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation, ("Key Equipment") by and through their respective counsel, hereby stipulate and agree to the following amended briefing schedule with regard to Defendant Key Equipment's Motion to Dismiss:

1. Plaintiff shall have through March 13, 2006 to file its answering brief.

2. Defendant Key Equipment shall have through March 27, 2006 to file its reply brief.

| WERB & SULLIVAN | BLANK ROME LLP |
|---|---|
| /s/ Amy D. Brown | /s/ Steven L. Caponi |
| Brian A. Sullivan (#2098) | Steven L. Caponi (DSBA No. 3484) |
| Amy D. Brown (#4077) | 1201 N. Market Street |
| 300 Delaware Ave., 13th Fl. | Suite 800 |
| P.O. Box 25046 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 425-6400 |
| (302) 652-1100 | |
| (302) 652-1111 | Attorneys for Defendants |
| Attorneys for Plaintiff | Key Equipment Finance, Inc., f/k/a Key Corporate Capital, Inc. f/k/a Leastec Corporation |
| | Dated: February 27, 2006 |

Dated: February 27, 2006
SO ORDERED this _____ day of February, 2006.

_____
The Honorable Gregory M. Sleet
United States District Court Judge