## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Steven L. Caponi, Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | Regina Stango Kelbon, Esq.<br>Blank Rome LLp<br>One Logan Square<br>130 N. 18th Street<br>Philadelphia, PA 19103 |
| Adam Hiller, Esq.<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801 | |
| Thomas W. Briggs, Jr., Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | |
| Ricardo Palacio, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 | |

/s/ Brian A. Sullivan
    Brian A. Sullivan  DE Bar #2098)