

BLANK ROME LLP
COUNSELORS AT LAW

*Phone:*   *(302) 425-6408*
*Fax:*     *(302) 425-6464*
*Email:*   *caponi@blankrome.com*

March 27, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

> **Re:  Broadband Office, Inc. v. Technology Credit Corporation, et al.,
> C.A. No. 04-407 (GMS)**

Dear Judge Sleet:

This afternoon Defendant Key Equipment Finance Inc. filed a Reply Brief in Support of its Motion to Dismiss. Briefing on the matter is now complete. If the Court finds it appropriate, Defendants request oral argument.

As always, I am available at the Court's convenience should Your Honor have any questions.

Respectfully,

Steven L. Caponi
(DSBA No. 3484)

SLC:mes

cc:   Adam Hiller, Esquire (via e-filing)
      Thomas W. Briggs, Jr., Esquire (via e-filing)
      Ricardo Palacio, Esquire (via e-filing)
      Brian A. Sullivan, Esquire (via e-filing)