UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                    Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br><br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC.,KEY CORPORATION, KEY BANK, LEASETEC CORPORATION<br><br>                  Defendants. | |

**REQUEST OF BROADBAND OFFICE, INC. FOR
ORAL ARGUMENT WITH REGARD TO ITS RESPONSE
TO EXTREME NETWORKS, INC.'S MOTION TO DISMISS**

COMES NOW Broadband Office, Inc., pursuant to D.Del.L.R.7.1.4, and respectfully requests oral argument in support of its Response to Extreme Networks, Inc.'s Motion to Dismiss be scheduled at the convenience of the court.

March 30, 2006                    Respectfully submitted,

                                  By: /s/ Brian A. Sullivan
                                  BRIAN A. SULLIVAN (#2098)
                                  AMY D. BROWN        (#4077)
                                  **WERB & SULLIVAN**
                                  300 Delaware Avenue, 13th Floor
                                  P. O. Box 25046
                                  Wilmington, DE 19899
                                  Telephone No. (302) 652-1100
                                  Facsimile No. (302) 652-1111

                                  Attorneys for Broadband Office, Inc.