**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**<u>VIA HAND DELIVERY</u>**

Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Thomas W. Briggs, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Ricardo Palacio, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

<u>/s/ Amy D. Brown</u>
Amy D. Brown