## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**<u>VIA HAND DELIVERY AND E-MAIL</u>**

MORRIS NICHOLS ARSHT &
TUNNELL LLP

  William H. Sudell, Jr.  (#463)
  Thomas W. Briggs, Jr. (#4076)
  1201 North Market Street
  P. O. Box 1347
  Wilmington, DE 19899
  Telephone: (302) 351-9631
  Facsimile:  (302) 658-3098


WINSTON & STRAWN LLP

ASHBY & GEDDES, P.A.

  Ricardo Palacio
  222 Delaware Avenue, 17th Floor
  P. O. Box 1150
  Wilmington, DE 19899
  Telephone: (302) 654-1888
  Facsimile:  (302) 654-2067

BLANK ROME LLP

  Steven L. Caponi
  Chase Manhattan Centre, Ste.800
  1201 North Market Street
  Wilmington, DE 19801
  Telephone:  (302) 425-6408
  Facsimile:   (302) 425-6464


  /s/ Brian A. Sullivan
    Brian A. Sullivan