## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT<br>CORPORATION d/b/a EXTREME<br>NETWORKS CREDIT CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

### STIPULATION TO EXTEND TIME

The Parties hereby stipulate and agree, subject to the approval of the Court, to an

extension of time for Key Equipment Finance, Inc., to respond to Plaintiff, Broadband Office

Inc.'s Amended Complaint to April 28, 2006.

BLANK ROME LLP

BY: _____

Steven L. Caponi (DE # 3484)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Attorneys for Defendants
Key Equipment Finance, Inc.,
f/k/a Key Corporate Capital, Inc.
f/k/a Leastec Corporation

WERB & SULLIVAN

BY: _____

Brian A. Sullivan (DE #2098)
Amy D. Brown (DE #4077)
300 Delaware Ave., 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Attorneys for Plaintiff

052810.00403/40161359v.1

Dated: 4/13/06                    Dated: 4/13/66

**IT IS SO ORDERED**.

_____

DATED: _____        UNITED STATES DISTRICT JUDGE