# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>        Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>        Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT<br>CORPORATION D/B/A EXTREME<br>NETWORKS CREDIT CORPORATION,<br>EXTREME NETWORKS, INC., KEY<br>CORPORATE CAPITAL, INC. KEY<br>EQUIPMENT FINANCE, INC.<br>LEASETEC CORPORATION<br><br>        Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I caused a copy of the Proposed Scheduling Order to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**

Steven L. Caponi, Esq.  
Blank Rome LLP  
1201 N. Market Street, Suite 800  
Wilmington, DE 19801

Ricardo Palacio, Esq.  
Ashby & Geddes  
222 Delaware Avenue  
Wilmington, DE 19801

Thomas W. Briggs, Jr., Esq.  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market Street  
Wilmington, DE 19801

              /s/ Robert Wilcox  
              Robert D. Wilcox (DE Bar #4321)