IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BROADBAND OFFICE, INC.<br><br>Debtor. | C.A. No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT<br>CORPORATION d/b/a EXTREME<br>NETWORKS CREDIT CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## STIPULATION TO EXTEND TIME

The Parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time for Key Equipment Finance, Inc. ("Key"), to respond to Plaintiff, Broadband Office Inc.'s Amended Complaint to May 5, 2006. An extension was requested because counsel for Key was required to address pressing issues in series of related and complex litigations pending in the Southern District of New York and Delaware Court of Chancery.

| BLANK ROME LLP | WERB & SULLIVAN |
|---|---|
| BY: _____<br>Steven L. Caponi (DE # 3484)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464 | BY: _____ 4/28/06<br>Brian A. Sullivan (DE #2098)<br>Amy D. Brown (DE #4077)<br>300 Delaware Ave., 13th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111 |

052810.00403/40161359v.1

Attorneys for Defendants
Key Equipment Finance, Inc.,
f/k/a Key Corporate Capital, Inc.
f/k/a Leastec Corporation
Dated: _____

Attorneys for Plaintiff

Dated: _____

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE