IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Case No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a/ KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS) Chapter 11 |

**DEFENDANT TECHNOLOGY CREDIT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, Technology Credit Corporation ("TCC"), hereby submits the following initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. These disclosures are based upon information reasonably available to TCC as of the date hereof and it, therefore, reserves the right to supplement these disclosures if additional information is discovered.

1. Individuals Likely To Have Knowledge Relevant To The Claims And Defenses In This Action

The following persons may have discoverable information with respect to the claims and defenses in this action:

Lawrence M. Clark
President
Technology Credit Corporation
919 The Alameda
San Jose, CA 95126

James E. Hartigan
C.O.O.
Technology Credit Corporation
919 The Alameda
San Jose, CA 95126

Richard Salhany
Technology Credit Corporation
919 The Alameda
San Jose, CA 95126

Jonathan A. Braun
Vice President and Senior Workout Counsel
Law Group
Key Equipment Finance
A division of Key Corporate Capital, Inc.
1000 South Mc Caslin Boulevard
Superior, CO 80027

Kathy Canino
Operations Supervisor
Key Equipment Finance
A division of Key Corporate Capital, Inc.
1000 South Mc Caslin Boulevard
Superior, CO 80027

Brian Espinoza
Customer Service Specialist
Key Equipment Finance
A division of Key Corporate Capital, Inc.
1000 South Mc Caslin Boulevard
Superior, CO 80027

>Joe Isler
>Manager, Recovery Department
>Key Equipment Finance
>A division of Key Corporate Capital, Inc.
>1000 South Mc Caslin Boulevard
>Superior, CO 80027
>
>Perry Fabi
>Controller
>Broadband Office, Inc.
>2900 Telstar Court
>Falls Church, VA 22042
>
>Brian Blair
>Manager of Purchasing and Contracts
>Broadband Office, Inc.
>2900 Telstar Court
>Falls Church, VA 22042
>
>Jeffry A. Davis
>Gray Cary Ware & Freidenrich LLP
>Attorney
>4365 Executive Drive, Suite 1100
>San Diego, CA 92121

2.  <u>Description Of Potentially Relevant Documents</u>

TCC identifies the following categories of documents that are located at its principal place of business and may be relevant to the claims in this action:

>a)   Copies of Lease Documents.
>
>b)   Copies of Bill of Sale and Assignments.
>
>c)   Copies of Key Equipment Finance Account Payment Histories.
>
>d)   Equipment Acquisition Agreement by and between Leasetec Corporation and Technology Credit Corporation.
>
>e)   Correspondence concerning the Lease Agreements.

3.  <u>Damages</u>

TCC is not seeking damages in this action, but will seek leave to assert a cross-claim for indemnification to the extent it is found liable.

4. <u>Insurance Agreements</u>

TCC is not aware of the existence of any insurance agreements that will indemnify or reimburse any party for amounts incurred in connection with this lawsuit.

                MORRIS, NICHOLS, ARSHT & TUNNELL

                /s/ William H. Sudell
                William H. Sudell (#463)
                Thomas W. Briggs, Jr. (#4076)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, Delaware  19899-1347
                (302) 658-9200
                  *Counsel for Defendant Technology Credit Corporation*

OF COUNSEL:

Katherine S. Clark
Law Offices
919 The Alameda
San Jose, CA  95126
(408) 350-7523

June 1, 2006

522471