## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>　　　　　　　　　　Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION<br>d/b/a/ EXTREME NETWORKS CREDIT<br>CORPORATION,<br>and EXTREME NETWORKS, INC.,<br>and KEY EQUIPMENT FINANCE, INC. f/k/a<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASETEC CORPORATION<br><br>　　　　　　　　　　Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2006, I caused a copy of *Plaintiff Broadband Office, Inc.'s Disclosures Pursuant To Rule 26(A)(1) Of The Federal Rules Of Civil Procedure* to be served upon the persons listed below in the manner indicated:

**VIA U.S. MAIL**

Steven L. Caponi, Esq.  
Blank Rome LLP  
1201 N. Market Street, Suite 800  
Wilmington, DE 19801

Ricardo Palacio, Esq.  
Ashby & Geddes  
222 Delaware Avenue  
Wilmington, DE 19801

Thomas W. Briggs, Jr., Esq.  
Morris, Nichols, Arsht & Tunnell  
1201 N. Market Street  
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　/s/ **Robert Wilcox**　　　　　　　　  
　　　　　　　　　　　　　　　　　　　Robert D. Wilcox (DE Bar #4321)