IN THE DISTRICT COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| In re:<br>　　BROADBAND OFFICE, INC.,<br><br>　　　　　Debtor. | Case No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a/ KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION,<br><br>　　　　　Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## ORDER

The Court having considered the arguments of the parties, and for good cause shown;

IT IS HEREBY ORDERED, this ___ day of _____, 2006, that:

1. Defendant Technology Credit Corporation's Motion for Leave to Amend Answer and Cross-Claim is GRANTED; and

2. Defendant shall file its Amended Answer and Cross-Claim within five (5) days of entry of this Order.

_____
The Honorable Gregory M. Sleet