IN THE DISTRICT COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| In re:<br>　　BROADBAND OFFICE, INC.,<br><br>　　　　　Debtor. | Case No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a/ KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION,<br><br>　　　　　Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## RULE 7.1.1. CERTIFICATION

Counsel for Technology Credit Corporation d/b/a Extreme Networks Credit Corp. ("TCC") has sought the agreement of the other parties to the above-captioned action that they will not oppose TCC's motion for leave to amend its Amended Answer and Cross-Claims, which was filed and served today. Counsel for the other parties have informed counsel for TCC that the other parties to the action do not oppose TCC's motion for leave to amend.

Dated: June 15, 2006

_____
Thomas W. Briggs, Jr. (#4076)

525034