## CERTIFICATE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, hereby certify that copies of the foregoing **RULE 7.1.1 CERTIFICATION** were caused to be served on June 15, 2006 upon the following counsel in the manner indicated:

### BY ELECTRONIC SERVICE

Brian A. Sullivan
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801

Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Steven L. Caponi
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

_____
Thomas W. Briggs, Jr. (#4076)

June 15, 2006

400885