IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Case No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that on June 16, 2006, copies of Defendant Key Equipment Finance Inc.'s Initial Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure were served on the following counsel of record in the manner indicated:

**Via Hand Delivery**
Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801

Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

052810.00403/40162523v.1

William H. Sudell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

BLANK ROME LLP

_____
Steven L. Caponi (DE ID #3484)
1201 North Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400

Attorneys for Key Equipment Finance, Inc.

052810.00403/40162523v.1