UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| BROADBAND OFFICE, INC., ) | |
| ) | Civil Action 04-407 (GMS) |
| Debtor. ) | |
| ) | Bankruptcy Case No. 01-1720 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Chapter 11 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT ) | |
| CORPORATION d/b/a EXTREME ) | |
| NETWORKS CREDIT CORPORATION, ) | |
| and ) | |
| KEY EQUIPMENT FINANCE, INC., ) | |
| and ) | |
| KEY EQUIPMENT FINANCE, INC. f/k/a ) | |
| KEY CORPORATE CAPITAL, INC. f/k/a ) | |
| LEASETEC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SERVICE OF
PLAINTIFF'S FIRST INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS

I, Brian A. Sullivan, hereby certify that I caused Plaintiff's First Interrogatories And Request For Production of Documents to Extreme Networks, Inc. to be served via the manner indicated, on the 25th day of August, 2006, upon the following:

**VIA HAND DELIVERY**
Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Todd J. Dressel
Winston & Strawn, LLP
101 California Street
San Francisco, CA 94111

**VIA HAND DELIVERY**  
Steven Caponi  
Blank Rome LLP  
1201 Market Street, St. 800  
Wilmington, DE 19899  

**VIA FIRST CLASS MAIL**  
Regina Stango Kelbon  
Blank Rome LLP  
130 North 18th Street  
Philadelphia, PA 19103  

**VIA HAND DELIVERY**  
Thomas W. Briggs, Jr.  
Morris, Nichols, Arsht & Tunnell  
Chase Manhattan Centre, 18th Floor  
1201 North Market Street  
Wilmington, DE 19899-1347  

Dated: August 25, 2006

    __/s/ Brian A. Sullivan_____  
Robert D. Wilcox (#4321)  
Brian A. Sullivan (#2098)  
Amy D. Brown    (#4077)  
WERB & SULLIVAN  
300 Delaware Ave., 13th Floor  
Wilmington, Delaware 1980  

Counsel for Broadband Office, Inc.