## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I served a copy of the foregoing document on the persons listed below in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Ricardo Palacio | Todd J. Dressel |
| Ashby & Geddes | Winston & Strawn, LLP |
| 222 Delaware Avenue, 17th Floor | 101 California Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |
| | |
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Steven Caponi | Regina Stango Kelbon |
| Blank Rome LLP | Blank Rome LLP |
| 1201 Market Street, St. 800 | 130 North 18th Street |
| Wilmington, DE 19899 | Philadelphia, PA 19103 |

**VIA HAND DELIVERY**
Thomas W. Briggs, Jr.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

Dated: August 25, 2006
__/s/ Brian A. Sullivan_____
Robert D. Wilcox (#4321)
Brian A. Sullivan (#2098)
Amy D. Brown    (#4077)
WERB & SULLIVAN
300 Delaware Ave., 13th Floor
Wilmington, Delaware 1980

Counsel for Broadband Office, Inc.