## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> BROADBAND OFFICE, INC., ) <br> ) <br> Debtor. ) <br> ) | Civil Action 04-407 (GMS) <br><br> Bankruptcy Case No. 01-1720 (GMS) |
| BROADBAND OFFICE, INC., ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> TECHNOLOGY CREDIT ) <br> CORPORATION d/b/a EXTREME ) <br> NETWORKS CREDIT CORPORATION, ) <br> and ) <br> KEY EQUIPMENT FINANCE, INC., ) <br> and ) <br> KEY EQUIPMENT FINANCE, INC. f/k/a ) <br> KEY CORPORATE CAPITAL, INC. f/k/a ) <br> LEASETEC CORPORATION, ) <br> ) <br> Defendants. ) | Chapter 11 |

### NOTICE OF SERVICE OF
### PLAINTIFF'S FIRST INTERROGATORIES
### AND REQUEST FOR PRODUCTION OF DOCUMENTS

I, Brian A. Sullivan, hereby certify that I caused Plaintiff's First Interrogatories And Request For Production of Documents to Key Equipment Finance, Inc. to be served via the manner indicated, on the 25th day of August, 2006, upon the following:

**VIA HAND DELIVERY**
Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Todd J. Dressel
Winston & Strawn, LLP
101 California Street
San Francisco, CA 94111

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Steven Caponi | Regina Stango Kelbon |
| Blank Rome LLP | Blank Rome LLP |
| 1201 Market Street, St. 800 | 130 North 18th Street |
| Wilmington, DE 19899 | Philadelphia, PA 19103 |

**VIA HAND DELIVERY**
Thomas W. Briggs, Jr.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

| | |
|---|---|
| Dated: August 25, 2006 | __/s/ Brian A. Sullivan_____ |
| | Robert D. Wilcox (#4321) |
| | Brian A. Sullivan (#2098) |
| | Amy D. Brown    (#4077) |
| | WERB & SULLIVAN |
| | 300 Delaware Ave., 13th Floor |
| | Wilmington, Delaware 19899 |
| | |
| | Counsel for Broadband Office, Inc. |