**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| BROADBAND OFFICE, INC., ) | |
| ) | Civil Action 04-407 (GMS) |
| Debtor. ) | |
| ) | Bankruptcy Case No. 01-1720 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Chapter 11 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT ) | |
| CORPORATION d/b/a EXTREME ) | |
| NETWORKS CREDIT CORPORATION, ) | |
| and ) | |
| KEY EQUIPMENT FINANCE, INC., ) | |
| and ) | |
| KEY EQUIPMENT FINANCE, INC. f/k/a ) | |
| KEY CORPORATE CAPITAL, INC. f/k/a ) | |
| LEASETEC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S SECOND SET OF INTERROGATORIES**
**AND REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE**
**THINGS TO TECHNOLOGY CREDIT CORPORATION**

I, Brian A. Sullivan, hereby certify that I caused Plaintiff's Second Set of Interrogatories And Request For Production of Documents and Tangible Things to Technology Credit Corporation to be served, via the manner indicated, on the 31st day of August, 2006, upon the following:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Ricardo Palacio | Todd J. Dressel |
| Ashby & Geddes | Winston & Strawn, LLP |
| 222 Delaware Avenue, 17th Floor | 101 California Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |

**VIA HAND DELIVERY**
Steven Caponi
Blank Rome LLP
1201 Market Street, St. 800
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Regina Stango Kelbon
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103

**VIA HAND DELIVERY**
Thomas W. Briggs, Jr.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

Dated: August 31, 2006

   /s/ Brian A. Sullivan
Robert D. Wilcox (#4321)
Brian A. Sullivan (#2098)
Amy D. Brown     (#4077)
WERB & SULLIVAN
300 Delaware Ave., 13th Floor
Wilmington, Delaware 1980

Counsel for Broadband Office, Inc.