**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:*<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor.<br><br>BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION<br><br>Defendants. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-172 (GMS)<br><br>Chapter 11 |

**NOTICE OF SERVICE**

**TO:**

**HAND DELIVERY**
Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**HAND DELIVERY**
Mark J. Packel, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

PLEASE TAKE NOTICE that on September 12, 2006, a copy of the below listed documents was served upon the aforementioned counsel by the manner so indicated.

- **Extreme Network Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26.**

Dated: September 12, 2006

ASHBY & GEDDES, P.A.

William P. Bowden (I.D. #2553)
Richardo Palacio (I.D. #3765)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*-and-*

WINSTON & STRAWN LLP
David A. Honig, Esq.
Todd J. Dressel, Esq.
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Co-Counsel for Extreme Networks, Inc.*

173100v1