UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | Civil Action No. 04-407 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Bankruptcy Case No. 01-172 (GMS) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| BROADBAND OFFICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT CORPORATION ) | |
| d/b/a EXTREME NETWORKS CREDIT ) | |
| CORPORATION, EXTREME NETWORKS, ) | |
| INC., and KEY EQUIPMENT FINANCE, ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, ) | |
| INC. f/k/a LEASTEC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

**TO:**

**HAND DELIVERY**
Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**HAND DELIVERY**
Mark J. Packel, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

PLEASE TAKE NOTICE that on September 14, 2006, a copy of the below listed documents was served upon the aforementioned counsel by the manner so indicated.

- Extreme Networks, Inc.'s First Set of Interrogatories and First Request for Production of Documents Directed to Plaintiff Broadband Office, Inc.

Dated: September 14, 2006

ASHBY & GEDDES, P.A.

*/s/ Ricardo Palacio*

William P. Bowden (I.D. #2553)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*-and-*

WINSTON & STRAWN LLP
David A. Honig, Esq.
Todd J. Dressel, Esq.
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Co-Counsel for Extreme Networks, Inc.*

173180v1