## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                       Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>                       Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION<br>d/b/a EXTREME NETWORKS CREDIT<br>CORPORATION, and<br>EXTREME NETWORKS, INC., and<br>KEY EQUIPMENT FINANCE, INC., f/k/a<br>KEY CORPORATE CAPITAL, INC., f/k/a<br>LEASETEC CORPORATION<br><br>                       Defendants. | |

**ORDER GRANTING PLAINTIFF BROADBAND OFFICE, INC.'S
MOTION FOR ENLARGEMENT OF FACT DISCOVERY PERIOD
AND RELATED NON-TRIAL DEADLINES**

This case having come before the Court on the Plaintiff Broadband Office's Motion for Enlargement of Fact Discovery Period and Related Non-Trial Deadlines and Plaintiff's Counsel's Certification Of Non-Opposition of Certain Defendants (D.I. 48) (the "Motion") and the Court having considered the Motion and any Response thereto,

IT IS HEREBY ORDERED THAT:

1.     The Motion be GRANTED; and

2.     The current Scheduling Order is amended as follows:

    A.     Fact Discovery shall conclude on December 15, 2006;

    B.    Expert Reports shall be due by December 30, 2006;

    C.    Expert Discovery shall conclude on February 15, 2007;

    D.    Case-Dispositive Motions shall be due by March 15, 2007.

3.    All other dates, deadlines, and provisions in the Scheduling Order are unchanged.

Dated: September \_\_\_\_, 2006

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE