## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>      Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>      Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION<br>d/b/a EXTREME NETWORKS CREDIT<br>CORPORATION, and<br>EXTREME NETWORKS, INC., and<br>KEY EQUIPMENT FINANCE, INC., f/k/a<br>KEY CORPORATE CAPITAL, INC., f/k/a<br>LEASETEC CORPORATION<br><br>      Defendants. | |

### CERTIFICATE OF SERVICE
(D.I. 48)

I hereby certify that on September 15, 2006, I caused one copy of PLAINTIFF BROADBAND OFFICE, INC.'S MOTION FOR ENLARGEMENT OF FACT DISCOVERY PERIOD AND RELATED NON-TRIAL DEADLINES AND PLAINTIFF'S COUNSEL'S CERTIFICATION OF NON-OPPOSITION OF CERTAIN DEFENDANTS and a proposed order to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**

Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**

Todd J. Dressel
Winston & Strawn, LLP
101 California Street
San Francisco, CA 94111

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Steven Caponi | Regina Stango Kelbon |
| Mark Packel | Blank Rome LLP |
| Blank Rome LLP | 130 North 18th Street |
| 1201 Market Street, St. 800 | Philadelphia, PA 19103 |
| Wilmington, DE 19899 | |

**VIA HAND DELIVERY**

Thomas W. Briggs, Jr.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

  /s/  **Robert Wilcox**
Robert D. Wilcox (#4321)