| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                        Debtor. | Civil Action  No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>                        Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION D/B/A EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., KEY CORPORATE CAPITAL, INC. KEY EQUIPMENT FINANCE, INC. LEASETEC CORPORATION<br><br>                        Defendants. | |

## NOTICE OF SERVICE OF SUBPOENA DUCES TECUM ON JEFFRY A. DAVIS

To:

**VIA HAND DELIVERY**
Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**VIA HAND DELIVERY**
Steven Caponi
Blank Rome LLP
1201 Market Street, St. 800
Wilmington, DE 19899

**VIA HAND DELIVERY**
Thomas W. Briggs, Jr.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**
Todd J. Dressel
Winston & Strawn, LLP
101 California Street
San Francisco, CA 94111

**VIA FIRST CLASS MAIL**
Regina Stango Kelbon
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103


PLEASE TAKE NOTICE that, on September 14, 2006, Plaintiff, BROADBAND OFFICE, INC., served a Subpoena Duces Tecum on Jeffry A. Davis and that Jeffry A. Davis is commanded under Fed. R. Civ. P. 34 and 45 to produce all documents responsive to the Subpoena Duces Tecum at the offices of DLA Piper, 401 B Street, Suite 1700, San Diego, CA, 92101-4297 on or before September 27, 2006 at 10:00 a.m. or at some other mutually agreed-upon date, time and location.  On September 20, 2006, I served a copy of the Subpoena Duces Tecum on Defendants via first class mail or hand delivery.


Dated: September 20, 2006

/s/ Robert D. Wilcox
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Counsel for Broadband Office, Inc.