# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Ricardo Palacio<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899 | Todd J. Dressel<br>Winston & Strawn, LLP<br>101 California Street<br>San Francisco, CA 94111 |
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Steven Caponi<br>Mark Packel<br>Blank Rome LLP<br>1201 Market Street, St. 800<br>Wilmington, DE 19899 | Regina Stango Kelbon<br>Blank Rome LLP<br>130 North 18th Street<br>Philadelphia, PA 19103 |
| **VIA HAND DELIVERY** | |
| Thomas W. Briggs, Jr.<br>Morris, Nichols, Arsht & Tunnell<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | |

    /s/  Robert D. Wilcox
Robert D. Wilcox (#4321)