IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>    BROADBAND OFFICE, INC.,<br><br>    Debtor. | Case No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT CORPORATION<br>d/b/a EXTREME NETWORKS CREDIT<br>CORPORATION, EXTREME NETWORKS,<br>INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a/<br>KEY CORPORATE CAPITAL, INC. f/k/a<br>LEASTEC CORPORATION,<br><br>    Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Katherine S. Clark of the Law Offices of Katherine S. Clark, 919 The Alameda, San Jose, CA 95126, to represent defendant Technology Credit Corp. in this action.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ William H. Sudell, Jr.
    William H. Sudell, Jr. (#463)
    Thomas W. Briggs, Jr. (# 4076)
    1201 N. Market Street
    Wilmington, DE 19899-1347
    (302) 658-9200
        *Attorneys for Technology Credit Corporation*

Dated: September 21, 2006

537908v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Katherine S. Clark is granted.

Dated: _____                    _____
                                           The Honorable Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: September 20, 2006

Katherine S. Clark

## CERTIFICATE OF SERVICE

I, Thomas W. Briggs, Jr., Esquire, hereby certify that copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE were caused to be served on September 21, 2006 upon the following counsel in the manner indicated:

### BY ELECTRONIC SERVICE

Brian A. Sullivan
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801

Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Steven L. Caponi
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

Thomas W. Briggs, Jr. (#4076)