## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**
Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Todd J. Dressel
Winston & Strawn, LLP
101 California Street
San Francisco, CA 94111

**VIA HAND DELIVERY**
Steven Caponi
Mark Packel
Blank Rome LLP
1201 Market Street, St. 800
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Regina Stango Kelbon
Blank Rome LLP
130 North 18th Street
Philadelphia, PA 19103

**VIA HAND DELIVERY**
Thomas W. Briggs, Jr.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

  /s/ Robert D. Wilcox
Robert D. Wilcox (#4321)