IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BROADBAND OFFICE, INC.,

          Debtor.

Civil Action  No. 04-407 (GMS)

Bankruptcy Case No. 01-1720 (GMS)

Chapter 11

BROADBAND OFFICE, INC.,

          Plaintiff,

vs.

TECHNOLOGY CREDIT CORPORATION
d/b/a EXTREME NETWORKS CREDIT
CORPORATION, and
EXTREME NETWORKS, INC., and
KEY EQUIPMENT FINANCE, INC., f/k/a
KEY CORPORATE CAPITAL, INC., f/k/a
LEASETEC CORPORATION
          Defendants.

**NOTICE OF DEPOSITION**

      PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7030, the Plaintiff, Broadband Office, Inc., by its undersigned counsel, will take the deposition upon oral examination of R. Salhany on Monday, October 2, 2006 beginning at 10:00 a.m. at the offices of Pulone & Stromberg, 1550 The Alameda, Suite 150, San Jose, CA 95126 or at such time and place and on such other date as is agreed upon by the parties.  The testimony at the deposition will be recorded stenographically

and/or by videographic means.  The deposition will continue from day to day until completed.

The deposition is being taken for purposes of discovery, for use at trial or any hearing in this adversary proceeding and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

Dated:  September 22, 2006

                WERB & SULLIVAN

By: /s/ Robert D. Wilcox
    Brian A. Sullivan (#2098)
    Robert D. Wilcox (#4321)
    Amy D. Brown     (#4077)
    300 Delaware Avenue, 13th Fl.
    P. O. Box 25046
    Wilmington, DE 19899
    Telephone: (302) 652-1100
    Facsimile: (302) 652-1111

    Attorneys for Plaintiffs