

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:*     *302-425-6434*
*Fax:*        *302-428-5127*
*Email:*    *carickhoff@blankrome.com*

September 26, 2006

Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

       Re:     <u>Broadband Office, Inc. v. Technology Credit Corp., et al.,</u>
                Civil Action No. 04-407 (GMS); Re: Docket No. 48

Dear Judge Sleet:

      I am writing on behalf of Key Equipment Finance, Inc. ("Key"), one of the defendants in the above-referenced avoidance action, in connection with *Plaintiff Broadband Office, Inc.'s Motion for Enlargement of Fact Discovery Period and Related Non-Trial Deadlines and Plaintiff's Counsel of Non-Opposition of Certain Defendants* (the "Extension Motion") (D.I. 48). Key is identified in the Extension Motion as opposing the relief requested. Key no longer opposes the relief requested in the Extension Motion.

      While Key no longer opposes the relief requested in the Extension Motion, Key's non-objection is not and should not be construed as an acceptance of the various representations and allegations set forth by the Plaintiff in the Extension Motion. Key reserves fully all of its rights and defenses as to any issues of law and fact.

                                                    Respectfully,

                                                    David W. Carickhoff, Jr.



Honorable Gregory M. Sleet
September 26, 2006
Page 2


cc: ALL VIA ELECTRONIC MAIL
Mark Packel (counsel for Key Equipment Finance, Inc.)
Ricardo Palacio (counsel for Extreme Networks, Inc.)
Thomas W. Briggs, Jr. (counsel for Technology Credit Corp.)
Robert Wilcox (counsel for Broadband Office, Inc.)

108600.01608/40164800v.1