**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                    Debtor.<br><br>BROADBAND OFFICE, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION<br>d/b/a EXTREME NETWORKS CREDIT<br>CORPORATION, and<br>EXTREME NETWORKS, INC., and<br>KEY EQUIPMENT FINANCE, INC., f/k/a<br>KEY CORPORATE CAPITAL, INC., f/k/a<br>LEASETEC CORPORATION<br><br>                    Defendants. | Civil Action  No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |

**ORDER GRANTING PLAINTIFF BROADBAND OFFICE, INC.'S**
**MOTION FOR ENLARGEMENT OF FACT DISCOVERY PERIOD**
**AND RELATED NON-TRIAL DEADLINES**

This case having come before the Court on Plaintiff Broadband Office's Motion for Enlargement of Fact Discovery Period and Related Non-Trial Deadlines and Plaintiff's Counsel's Certification Of Non-Opposition of Certain Defendants (D.I. 48) (the "Motion") and Defendant Key Equipment Finance, Inc. having subsequently informed the Court by Letter (D.I. 55) that it no longer opposes the Motion, and the Motion being unopposed, and the Court having considered the Motion and any Response thereto,

IT IS HEREBY ORDERED THAT:

1.     The Motion be GRANTED; and

2. The current Scheduling Order is amended as follows:

    A. Fact Discovery shall conclude on December 15, 2006;

    B. Expert Reports shall be due by December 30, 2006;

    C. Expert Discovery shall conclude on February 15, 2007;

    D. Case-Dispositive Motions shall be due by March 15, 2007.

3. All other dates, deadlines, and provisions in the Scheduling Order are unchanged.

Dated: September ____, 2006

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE