**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                    Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION D/B/A EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., KEY CORPORATE CAPITAL, INC. KEY EQUIPMENT FINANCE, INC. LEASETEC CORPORATION<br><br>                  Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2006, I caused a copy of the proposed Amended Scheduling Order to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**
Steven L. Caponi, Esq.
Mark Packel, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

Ricardo Palacio, Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

                                        /s/ **Robert Wilcox**
                                          Robert D. Wilcox (DE Bar #4321)