IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Case No. 04-407 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC.,<br>and<br>KEY EQUIPMENT FINANCE, INC. f/k/a/ KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION,<br><br>Defendants. | Bankruptcy C.A. No. 01-1720 (GMS)<br>Chapter 11 |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF SERVICE AND TECHNOLOGY CREDIT CORPORATION'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS** were served in the manner indicated upon the person identified below on October 2, 2006:

**BY HAND DELIVERY**

Brian A. Sullivan
Werb & Sullivan
300 Delaware Avenue
Wilmington, DE 19801

Ricardo Palacio
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899

Steven L. Caponi
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        _____
        William H. Sudell (#463)
        Thomas W. Briggs, Jr. (#4076)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        302.658.9200

        *Attorneys for Defendant Technology Credit Corporation*

OF COUNSEL:

Katherine S. Clark
Law Offices
919 The Alameda
San Jose, CA 95126
(408) 350-7523