UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | Civil Action No. 04-407 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Bankruptcy Case No. 01-172 (GMS) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| BROADBAND OFFICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT CORPORATION ) | |
| d/b/a EXTREME NETWORKS CREDIT ) | |
| CORPORATION, EXTREME NETWORKS, ) | |
| INC., and KEY EQUIPMENT FINANCE, ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, ) | |
| INC. f/k/a LEASTEC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

TO:

**HAND DELIVERY**
Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**HAND DELIVERY**
Mark J. Packel, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

PLEASE TAKE NOTICE that on October 24, 2006, a copy of the below listed documents was served upon the aforementioned counsel by the manner so indicated.

- **Defendant Extreme Network, Inc.'s Response to Plaintiffs' First Set of Interrogatories and Request for Production of Documents and Tangible Things.**

| | |
|---|---|
| Dated: October 24, 2006 | ASHBY & GEDDES, P.A.<br><br>*(signature)*<br>William P. Bowden (I.D. #2553)<br>Ricardo Palacio (I.D. #3765)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>WINSTON & STRAWN LLP<br>David A. Honig, Esq.<br>Todd J. Dressel, Esq.<br>101 California Street<br>San Francisco, California 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>*Co-Counsel for Extreme Networks, Inc.* |

174479v1