UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Civil Action No. 04-407 (GMS) |
| | ) | |
| BROADBAND OFFICE, INC., | ) | Bankruptcy Case No. 01-172 (GMS) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| BROADBAND OFFICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TECHNOLOGY CREDIT CORPORATION | ) | |
| d/b/a EXTREME NETWORKS CREDIT | ) | |
| CORPORATION, EXTREME NETWORKS, | ) | |
| INC., and KEY EQUIPMENT FINANCE, | ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, | ) | |
| INC. f/k/a LEASTEC CORPORATION | ) | |
| | ) | **Related Docket No. 61** |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of December 2006, **ORDER SCHEDULING DISCOVERY TELECONFERENCE**; Docket No. 61 [Filed 12/13/2006] was served upon the following counsel of record at the address and in the manner indicated:

**HAND DELIVERY**
Brian A. Sullivan, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**HAND DELIVERY**
Mark J. Packel, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Dated: December 15, 2006

ASHBY & GEDDES, P.A.

*/s/ Ricardo Palacio*

William P. Bowden (I.D. #2553)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*-and-*

WINSTON & STRAWN LLP
David A. Honig, Esq.
Todd J. Dressel, Esq.
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Co-Counsel for Extreme Networks, Inc.*

176135v1