# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 22, 2006

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

      Re:    *Broadband Office, Inc. v. Technology Credit Corporation, et al.*
            (Civil Action No. 04-407 (GMS))

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for December 27, 2006 at 11:00 a.m (ET) in the above-captioned matter, the parties to this dispute, Plaintiff Broadband Office, Inc. and Defendant Extreme Networks, Inc. ("ENI"), jointly submit the following item to be presented to the Court:

**Defendant Extreme Network, Inc.'s Issue**:

1. Plaintiff's Non-Response/Production to Defendant Extreme Network, Inc.'s First Set of Interrogatories and First Request for Production of Documents Directed to Plaintiff Broadband Office, Inc.

**ENI respectfully asks the Court to compel Plaintiff to respond to ENI's First Set of Interrogatories and First Request for Production of Documents Directed to Plaintiff Broadband Office, Inc.**

                                          Respectfully,

                                          Ricardo Palacio

cc:
Clerk of the Court
Robert Wilcox, Esq.
All Counsel of Record
176251.1