## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | Civil Action No. 04-407 (GMS) |
| ) | |
| BROADBAND OFFICE, INC., ) | Bankruptcy Case No. 01-172 (GMS) |
| ) | |
| Debtor. ) | Chapter 11 |
| _____ ) | _____ |
| BROADBAND OFFICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TECHNOLOGY CREDIT CORPORATION ) | |
| d/b/a EXTREME NETWORKS CREDIT ) | |
| CORPORATION, EXTREME NETWORKS, ) | |
| INC., and KEY EQUIPMENT FINANCE, ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, ) | |
| INC. f/k/a LEASTEC CORPORATION ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on the 27th day of December, 2006, a copy of Plaintiff Broadband Office, Inc.'s Answers, Responses, and Objections to Defendant Extreme Networks, Inc.'s First Set of Interrogatories and First Request for Production of Documents Directed to Plaintiff Broadband Office, Inc. was served on the following counsel at the address listed below and in the manner indicated:

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
| **AND E-MAIL** | **AND E-MAIL** |
| David A. Honig, Esq. | Ricardo Palacio, Esq. |
| Todd J. Dressel, Esq. | Ashby & Geddes |
| Winston & Strawn | 500 Delaware Avenue, 8th Floor |
| 101 California Street | Wilmington, DE 19801 |
| San Francisco, CA 94111 | |

                                                WERB & SULLIVAN

                                                By: /s/ Brian A. Sullivan
                                                Brian A. Sullivan (No. 2098)
                                                Robert D. Wilcox (No. 4321)
                                                Amy D. Brown   (No.  4077)
                                                300 Delaware Avenue, 13th Floor
                                                P. O. Box 25046
                                                Wilmington,  DE  19899
                                                Telephone:  (302) 652-1100
                                                Facsimile:   (302)  652-1111

                                                Attorneys for Broadband Office, Inc.

Dated:  December 27, 2006