## **CERTIFICATE OF SERVICE**

I, Brian A. Sullivan, hereby certify that I caused the foregoing document be served via the manner indicated, on the 27th day of December, 2006, upon the following:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Ricardo Palacio | Todd J. Dressel |
| Ashby & Geddes | Winston & Strawn, LLP |
| 500 Delaware Avenue, 8th Floor | 101 California Street |
| Wilmington, DE 19899 | San Francisco, CA 94111 |

Dated: December 27, 2006         __/s/ Brian A. Sullivan_____
                                   Brian A. Sullivan (#2098)