IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| BROADBAND OFFICE, INC., | : | Bankruptcy Case No. 01-1720 (GMS) |
| | : | Chapter 11 |
| Debtor. | : | |
| _____ | : | |
| | : | |
| BROADBAND OFFICE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-407-GMS |
| | : | |
| TECHNOLOGY CREDIT CORPORATION | : | |
| D/B/A EXTREME NETWORKS CREDIT | : | |
| CORPORATION, EXTREME NETWORKS, | : | |
| INC., KEY CORPORATE CAPITAL, INC., | : | |
| KEY EQUIPMENT FINANCE, INC., | : | |
| LEASETEC CORPORATION, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, February 20, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE