UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Civil Action No. 04-407 (GMS) |
| BROADBAND OFFICE, INC., | Bankruptcy Case No. 01-172 (GMS) |
| Debtor. | Chapter 11 |
| BROADBAND OFFICE, INC., | |
| Plaintiff, | |
| vs. | |
| TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING
DEFENDANT EXTREME NETWORKS INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Extreme Networks, Inc. ("Extreme Networks") filed a Motion for Summary Judgment in the above-referenced action under Rule 56 of the Federal Rules of Procedure, which was duly set for hearing on _____, 2007.

Appearances of counsel are noted in the record. The Court, having considered the pleadings, arguments of counsel, and evidence submitted, hereby finds that that plaintiff's Amended Complaint should be dismissed, with prejudice, as to Defendant Extreme Networks.

**WHEREFORE, IT IS ORDERED:**

Extreme Networks' Motion for Summary Judgment is granted and the Amended

1

Complaint is dismissed with prejudice as to Defendant Extreme Networks.

**IT IS SO ORDERED.**

Dated this _____, 2007

_____
HONORABLE GREGORY M. SLEET
United States District Judge

178920v1

SF:156275.1