UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> BROADBAND OFFICE, INC., <br><br> Debtor. <br><br> BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION <br><br> Defendants. | Civil Action No. 04-407 (GMS) <br><br> Bankruptcy Case No. 01-172 (GMS) <br><br> Chapter 11 |

**APPENDIX OF EVIDENCE IN SUPPORT OF
DEFENDANT EXTREME NETWORKS INC.'S
MOTION FOR SUMMARY JUDGMENT**

ASHBY & GEDDES, P.A.
William P. Bowden (I.D. #2553)
Ricardo Palacio (I.D. #3765)
500 Delaware Avenue
8th Floor
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

WINSTON & STRAWN LLP
David A. Honig
Todd J. Dressel
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Co-Counsel for Defendant Extreme Networks, Inc*

Dated: March 15, 2007

# **INDEX**

| Document | Exhibit |
|---|---|
| Pertinent excerpts of the transcript of the Deposition of James Hartigan | A |
| Pertinent excerpts of the transcript of the Deposition of Richard Salhany | B |
| Purchase Agreement | C |
| Fictitious Business Name Statement | D |
| Master Lease Agreement and Schedules | E |
| Proof of Claim of Key | F |
| Bill of Sale from Extreme Networks to TCC | G |
| Bill of Sale and Assignment from TCC to Leasetec | H |
| Lease Guaranty | I |
| Pertinent excerpts of Attachment G-5 to the Schedules of the Debtor | J |
| Proof of Claim of ENCC | K |
| Pertinent excerpts of Attachment 3.a to the Statement of Financial Affairs of the Debtor | L |
| Letter of April 10, 2003 | M |
| Letter of April 28, 2003 | N |
| Letter of July 25, 2003 | O |
| Letter of September 27, 2004 | P |
| Letter of May 20, 2004 | Q |

178921v1