# *Exhibit D*

| | |
|---|---|
| File Number: 447463 | No. of Pages: 1 |
| | File Date: 7/09/2004 |
| | Expires: 7/09/2009 |
| | Fee Total: 37.00 |
| | Clerk ID: 015 |

*447463*

BRENDA DAVIS, County Clerk Recorder
SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE

READ INSTRUCTIONS ON REVERSE S

**A. MAILING ADDRESS:**
NAME: Technology Credit Corporation
ADDRESS: 919 The Alameda
CITY/STATE/ZIP: San Jose, CA 95126

**FICTITIOUS BUSINESS NAME STATEMENT** - THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

1. Fictitious Business Name(s) (Use an ADDENDUM form for additional names)
   Extreme Networks Credit Corporation

2. Principal Place of Business in California - Street Address (P.O. Box not acceptable): 919 The Alameda
   City: San Jose    State: CA    Zip Code: 95126

3. Full Name of Registrant/Owner: Technology Credit Corporation
   Residence Address (P.O. Box not acceptable): 919 The Alameda
   City: San Jose    State: CA    Zip: 95126
   (If a CORPORATION, LLC, LLP, or LP, show state of formation): California

4A. This business is conducted by (PLEASE CHECK ONE ONLY):
   [X] corporation

4B. [X] Registrant began transacting business under the fictitious business name or names listed here on (date) July 2, 1999

5B. If Registrant is a CORPORATION, LLC, LLP, or LP, officer sign below:
   Entity Name: Technology Credit Corporation
   Officer Signature X _____
   Print Name and Title: James E. Hartigan, Treasurer
   ARTICLE/CERTIFICATION/REGISTRATION # FROM SECRETARY OF STATE'S OFFICE: 1584988

This statement was filed with the County Clerk-Recorder of Santa Clara County on date indicated on the filing label above.

The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state or common law (see Section 14411 et seq., Business and Professions Code).

NOTICE - This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. A new Fictitious Business Name Statement must be filed before that time.

I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.

Brenda Davis, County Clerk-Recorder

By _____ Deputy
LAURA RIVAS

6. [ ] First filing  [ ] Refile within 40 days of expiration with no changes
7. [X] Refile with changes (Publication Required)
   [ ] Refile after 40 days of expiration date (Publication Required)
Current File #: 367599

TCC00317

```
Brenda Davis
Santa Clara Co.
Clerk-Recorder


07/09/04                          07:32:12


Receipt #      69961
Wrkstn ID       C49A
File #  F-0000447463


Fictitious Business Names
Public

Fees              $37.00
** TOTAL           37.00
Check              37.00

        #12552

PLEASE KEEP THIS RECEIPT FOR REFERENCE
```

ECHNOLOGY CREDIT CORPORATION

| Invoice # | Date | Reference | Invoice Amount | Amount Paid | Discount | Net Amount |
|---|---|---|---|---|---|---|
| 482 | | CLERK-RECORDER'S OFFICE | 00000000000006129 | 6/23/04 | 12552 | |
| 06/22/04 | 6/23/04 | RENEWAL FOR EXTREME NET CC | $37.00 | $37.00 | $0.00 | $37.00 |
| | | | $37.00 | $37.00 | $0.00 | $37.00 |

**TYPE ALL INFORMATION**  **READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING THIS FORM**

**A | MAILING ADDRESS:**
NAME: Extreme Networks Credit Corporation
ADDRESS: [illegible] Suite [illegible]
CITY/STATE/ZIP: San Jose, CA 95112
DAYTIME PHONE: (    )

**B | PUBLISH IN:**

**ENDORSED**
COUNTY CLERK'S FILING STAMP
JUL 2 1999
BRENDA DAVIS, County Clerk-Recorder
Santa Clara County
By _____ Deputy

## FICTITIOUS BUSINESS NAME STATEMENT

Articles of Incorporation or Organization Number (if applicable)

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

1. Fictitious Business Name(s): Extreme Networks Credit Corporation
2. Principal place of Business in California: Street address: [illegible] Monroe Street  City: Santa Clara  State: CA  Zip code: 95051
3. Full Name of Registrant: Technology Credit Corporation
   Residential Address: [illegible]
   City: San Jose  State: CA  Zip: 95113
   (If corporation or limited liability company – show state of incorporation or organization)

   Full Name of Registrant:
   Residential Address:
   City:  State:  Zip:

   Full Name of Registrant:
   Residential Address:
   City:  State:  Zip:

4A. This Business is Conducted by (check only one):
   ☐ an individual  ☐ joint venture  ☐ a limited partnership  ☐ an unincorporated association other than a partnership
   ☐ husband & wife  ☒ a corporation  ☐ a general partnership
   ☐ co-partners  ☐ a business trust  ☐ a limited liability company  ☐ other (please specify)

4B. ☐ Registrant began transacting business under the fictitious business name or names listed on (date): _____
    ☒ Registrant has not yet begun to transact business under the fictitious business name or names listed herein.

5A. REGISTRANT (other than a corporation) sign below:
    Signed: _____
    Type Signature: _____

5B. If Registrant is a corporation or a limited liability company sign below:
    Technology Credit Corporation
    Corporation or Limited Liability Company Name
    Signature & Title: _____
    Type or Print Name & Title: _____

This statement was filed with the County Clerk of Santa Clara County on date indicated by filing stamp above.

The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under federal, state or common law see Section 14400 et seq., Business and Professional Code.

**NOTICE—** THIS FICTITIOUS NAME STATEMENT EXPIRES FIVE YEARS FROM THE DATE IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THAT TIME.

6. ☒ NEW FICTITIOUS BUSINESS NAME STATEMENT
7. ☐ REFILE CURRENT FILE NO: _____
   EXPIRATION DATE: _____

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL FICTITIOUS BUSINESS NAME STATEMENT ON FILE IN MY OFFICE.
**BRENDA DAVIS**, COUNTY CLERK
BY _Mary Key_ Deputy
**MARY KEY**
File No. **367599**



*This form is provided free of charge by the following "Newspaper of General Circulation"*

**SAN JOSE POST-RECORD**

90 NORTH FIRST STREET, SUITE 100, SAN JOSE, CA 95113 · (408) 287-4866 · FAX (408) 287-2544

TCC00319

```
                                                                    Brenda Davis
                                                                    Santa Clara
                                                                    County Clerk

07/02/99                                                                       14:30:26

Receipt #                    742
Wrkstn ID                    W40A
File #   F-000036/599

Fictitious Business Names
Public

Fees                                                                           $37.00
** TOTAL                                                                        37.00
Check                                                                           37.00
#13434

PLEASE KEEP THIS RECEIPT FOR REFERENCE
```

TECHNOLOGY CREDIT CORPORATION

| ACCOUNT NO. | | VENDOR 554 COUNTY CLERK OFFICE | | CHECK NO. 013434 | CHECK DATE 6/08/99 |
|---|---|---|---|---|---|
| VOUCHER | INVOICE NUMBER | INV. DATE | REFERENCE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET AMOUNT |
| 6387 | DBA FILING | 6/08/99 | DBA FILING EXTREME NCC | 37.00 | 37.00 | .00 | 37.00 |

1343

TCC00320