# Exhibit H



BILL OF SALE
and
Assignment

MLA NO.: X163
Schedule: 01

TECHNOLOGY Credit Corporation ("Seller"), pursuant and subject to the provisions of the Equipment Acquisition Agreement dated as of October 10, 1988, between TECHNOLOGY Credit Corporation and Leasetec Corporation (the "Purchase Agreement"), for good and valuable consideration paid by Leasetec Corporation ("Purchaser"), receipt of which is hereby acknowledged, hereby grants, bargains, sells, conveys, assigns, transfers and delivers unto Purchaser, its successors and assigns, (i) all right, title and interest in and to the equipment which is described in Schedule A hereto (the "Equipment"), and (ii) all right, title and interest in and to the Manufacturer's Agreement with respect to, and insofar as it pertains to, the Equipment, and (iii) all rights of the lessor under the leases derived in Schedule A (the "Leases"), to the extent the Leases cover the Equipment, provided, however, that Seller shall continue to be liable for all of, and Purchaser shall not assume any of, the obligations of the lessor under the leases.

Seller hereby warrants its right to convey title and warrants that by execution and delivery hereof Seller ratifies and confirms conveyance to Buyer of the same title to the Equipment which it received from Manufacturer, and Seller's rights in the Leases to which the Equipment is subject, free from any lien or encumbrances whatsoever. In addition Seller confirms its covenants, representations and warranties set forth in the Purchase Agreement as they apply to the above-referenced Equipment and Leases.

Capitalized terms used herein shall have the same meanings as set forth in the Purchase Agreement.

IN WITNESS WHEREOF, Seller has executed this instrument by an authorized officer as of _____3/9/00_____.

TECHNOLOGY CREDIT CORPORATION

By: _____

Title: _____CFO_____

919 The Alameda, San Jose, CA 95126
(408) 350-7500   Fax: (408) 436-8583

BBO-92



BILL OF SALE
and
Assignment

MLA NO.: X163
Schedule: 02

TECHNOLOGY Credit Corporation ("Seller"), pursuant and subject to the provisions of the Equipment Acquisition Agreement dated as of October 10, 1988, between TECHNOLOGY Credit Corporation and Leasetec Corporation (the "Purchase Agreement"), for good and valuable consideration paid by Leasetec Corporation ("Purchaser"), receipt of which is hereby acknowledged, hereby grants, bargains, sells, conveys, assigns, transfers and delivers unto Purchaser, its successors and assigns, (i) all right, title and interest in and to the equipment which is described in Schedule A hereto (the "Equipment"), and (ii) all right, title and interest in and to the Manufacturer's Agreement with respect to, and insofar as it pertains to, the Equipment, and (iii) all rights of the lessor under the leases derived in Schedule A (the "Leases"), to the extent the Leases cover the Equipment, provided, however, that Seller shall continue to be liable for all of, and Purchaser shall not assume any of, the obligations of the lessor under the leases.

Seller hereby warrants its right to convey title and warrants that by execution and delivery hereof Seller ratifies and confirms conveyance to Buyer of the same title to the Equipment which it received from Manufacturer, and Seller's rights in the Leases to which the Equipment is subject, free from any lien or encumbrances whatsoever. In addition Seller confirms its covenants, representations and warranties set forth in the Purchase Agreement as they apply to the above-referenced Equipment and Leases.

Capitalized terms used herein shall have the same meanings as set forth in the Purchase Agreement.

IN WITNESS WHEREOF, Seller has executed this instrument by an authorized officer as of _____3/17/00_____.

TECHNOLOGY CREDIT CORPORATION

By: _____

Title: _____CFO_____



BILL OF SALE
and
Assignment

MLA NO.: X163
Schedule: 03

    TECHNOLOGY Credit Corporation ("Seller"), pursuant and subject to the provisions of the Equipment Acquisition Agreement dated as of October 10, 1988, between TECHNOLOGY Credit Corporation and Leasetec Corporation (the "Purchase Agreement"), for good and valuable consideration paid by Leasetec Corporation ("Purchaser"), receipt of which is hereby acknowledged, hereby grants, bargains, sells, conveys, assigns, transfers and delivers unto Purchaser, its successors and assigns, (i) all right, title and interest in and to the equipment which is described in Schedule A hereto (the "Equipment"), and (ii) all right, title and interest in and to the Manufacturer's Agreement with respect to, and insofar as it pertains to, the Equipment, and (iii) all rights of the lessor under the leases derived in Schedule A (the "Leases"), to the extent the Leases cover the Equipment, provided, however, that Seller shall continue to be liable for all of, and Purchaser shall not assume any of, the obligations of the lessor under the leases.
    Seller hereby warrants its right to convey title and warrants that by execution and delivery hereof Seller ratifies and confirms conveyance to Buyer of the same title to the Equipment which it received from Manufacturer, and Seller's rights in the Leases to which the Equipment is subject, free from any lien or encumbrances whatsoever. In addition Seller confirms its covenants, representations and warranties set forth in the Purchase Agreement as they apply to the above-referenced Equipment and Leases.
    Capitalized terms used herein shall have the same meanings as set forth in the Purchase Agreement.

    IN WITNESS WHEREOF, Seller has executed this instrument by an authorized officer as of _____3/28/00_____.

TECHNOLOGY CREDIT CORPORATION

By: _____

Title: _____CFO_____

BBO-125

919 The Alameda, San Jose, CA 95126
(408) 350-7500   Fax: (408) 436-8583


**TECHNOLOGY Credit Corporation**

BILL OF SALE
and
Assignment

MLA NO.: X163
Schedule: 04

TECHNOLOGY Credit Corporation ("Seller"), pursuant and subject to the provisions of the Equipment Acquisition Agreement dated as of October 10, 1988, between TECHNOLOGY Credit Corporation and Leasetec Corporation (the "Purchase Agreement"), for good and valuable consideration paid by Leasetec Corporation ("Purchaser"), receipt of which is hereby acknowledged, hereby grants, bargains, sells, conveys, assigns, transfers and delivers unto Purchaser, its successors and assigns, (i) all right, title and interest in and to the equipment which is described in Schedule A hereto (the "Equipment"), and (ii) all right, title and interest in and to the Manufacturer's Agreement with respect to, and insofar as it pertains to, the Equipment, and (iii) all rights of the lessor under the leases derived in Schedule A (the "Leases"), to the extent the Leases cover the Equipment, provided, however, that Seller shall continue to be liable for all of, and Purchaser shall not assume any of, the obligations of the lessor under the leases.

Seller hereby warrants its right to convey title and warrants that by execution and delivery hereof Seller ratifies and confirms conveyance to Buyer of the same title to the Equipment which it received from Manufacturer, and Seller's rights in the Leases to which the Equipment is subject, free from any lien or encumbrances whatsoever. In addition Seller confirms its covenants, representations and warranties set forth in the Purchase Agreement as they apply to the above-referenced Equipment and Leases.

Capitalized terms used herein shall have the same meanings as set forth in the Purchase Agreement.

IN WITNESS WHEREOF, Seller has executed this instrument by an authorized officer as of ___4/4/00___.

TECHNOLOGY CREDIT CORPORATION

By: _____
Title: __CFO_____

BBO-219

919 The Alameda, San Jose, CA 95126
(408) 350-7500   Fax: (408) 436-8583



BILL OF SALE
and
Assignment

MLA NO.: X163
Schedule: 05

TECHNOLOGY Credit Corporation ("Seller"), pursuant and subject to the provisions of the Equipment Acquisition Agreement dated as of October 10, 1988, between TECHNOLOGY Credit Corporation and Leasetec Corporation (the "Purchase Agreement"), for good and valuable consideration paid by Leasetec Corporation ("Purchaser"), receipt of which is hereby acknowledged, hereby grants, bargains, sells, conveys, assigns, transfers and delivers unto Purchaser, its successors and assigns, (i) all right, title and interest in and to the equipment which is described in Schedule A hereto (the "Equipment"), and (ii) all right, title and interest in and to the Manufacturer's Agreement with respect to, and insofar as it pertains to, the Equipment, and (iii) all rights of the lessor under the leases derived in Schedule A (the "Leases"), to the extent the Leases cover the Equipment, provided, however, that Seller shall continue to be liable for all of, and Purchaser shall not assume any of, the obligations of the lessor under the leases.

Seller hereby warrants its right to convey title and warrants that by execution and delivery hereof Seller ratifies and confirms conveyance to Buyer of the same title to the Equipment which it received from Manufacturer, and Seller's rights in the Leases to which the Equipment is subject, free from any lien or encumbrances whatsoever. In addition Seller confirms its covenants, representations and warranties set forth in the Purchase Agreement as they apply to the above-referenced Equipment and Leases.

Capitalized terms used herein shall have the same meanings as set forth in the Purchase Agreement.

IN WITNESS WHEREOF, Seller has executed this instrument by an authorized officer as of _____6/27/60_____.

TECHNOLOGY CREDIT CORPORATION

By: _____

Title: _____CFO_____

BBO-144

919 The Alameda, San Jose, CA 95126
(408) 350-7500    Fax: (408) 436-8583

**TECHNOLOGY Credit Corporation**

BILL OF SALE
and
Assignment

MLA NO.: X163
Schedule: 06

  TECHNOLOGY Credit Corporation ("Seller"), pursuant and subject to the provisions of the Equipment Acquisition Agreement dated as of October 10, 1988, between TECHNOLOGY Credit Corporation and Leasetec Corporation (the "Purchase Agreement"), for good and valuable consideration paid by Leasetec Corporation ("Purchaser"), receipt of which is hereby acknowledged, hereby grants, bargains, sells, conveys, assigns, transfers and delivers unto Purchaser, its successors and assigns, (i) all right, title and interest in and to the equipment which is described in Schedule A hereto (the "Equipment"), and (ii) all right, title and interest in and to the Manufacturer's Agreement with respect to, and insofar as it pertains to, the Equipment, and (iii) all rights of the lessor under the leases derived in Schedule A (the "Leases"), to the extent the Leases cover the Equipment, provided, however, that Seller shall continue to be liable for all of, and Purchaser shall not assume any of, the obligations of the lessor under the leases.
  Seller hereby warrants its right to convey title and warrants that by execution and delivery hereof Seller ratifies and confirms conveyance to Buyer of the same title to the Equipment which it received from Manufacturer, and Seller's rights in the Leases to which the Equipment is subject, free from any lien or encumbrances whatsoever. In addition Seller confirms its covenants, representations and warranties set forth in the Purchase Agreement as they apply to the above-referenced Equipment and Leases.
  Capitalized terms used herein shall have the same meanings as set forth in the Purchase Agreement.

  IN WITNESS WHEREOF, Seller has executed this instrument by an authorized officer as of _____7/20/00_____.

TECHNOLOGY CREDIT CORPORATION

By: _____

Title: ____CFO_____