# *Exhibit J*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2001 JUN 28 PM 7:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                    :   Chapter 11
BROADBAND OFFICE, INC.,                  :   Case No. 01-1720 (GMS)
               Debtor.                   :

# Schedules of the Debtor,

# BroadBand Office, Inc.

## Case No. 01-1720 (GMS) (Chapter 11)

WL: #88758 v1 (1WHS01!.DOC)

224

**United States Bankruptcy Court**
**for the District of Delaware**

In re BroadBand Office, Inc.    Case No. 01-1720 (GMS)

# SUMMARY OF SCHEDULES

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A – Real Property | Yes | 1 | $0.00 | | |
| B – Personal Property | Yes | 3 plus attachments | $8,855,553.55 | | |
| C – Property Claimed As Exempt | No | N/A | | | |
| D – Creditors Holding Secured Claims | Yes | 1 | | $25,818,599.35 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 1 plus attachments | | $2,724,950.78 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 3 plus attachments | | $45,711,408.63 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 plus attachments | | | |
| H – Codebtors | Yes | 1 plus attachments | | | |
| I – Current Income of Individual Debtor(s) | No | N/A | | | N/A |
| J – Current Expenditures of Individual Debtor(s) | No | N/A | | | N/A |
| Total Number of Sheets of ALL Schedules → | | | | | |
| Total Assets → | | | $8,855,553.55 | | |
| Total Liabilities → | | | | $74,254,958.76 | |

WL: #88675 v1 (1WF701!.DOC)

In re BroadBand Office, Inc.

Case No. 01-1720 (GMS)

ATTACHMENT G-5
Miscellaneous Executory Contracts

| Description of Contract | Name of Other Parties | Date | Notice Address |
|---|---|---|---|
| Interim Agreement | American Voice Mail, Inc. | 7/20/00 | Mark Gordon - 2310 S. Sepulveda Blvd., L.A., CA 90064 |
| Professional Services Agreement | Anderson Consulting/Accenture | 10/10/00 | 11951 Freedom Drive, Reston, VA 20190 |
| Equipment Purchase Agreement | Advanced Switching Communications, Inc. | 6/22/00 | President, 8330 Boone Blvd., 5th Floor, Vienna, VA 22182 |
| Corporate Digital Advantage Agreement | AWS National Accounts, LLC | 3/27/00 | AWS Legal, P.O. Box 97061, Redmond, WA 98073; AWS Business, P.O. Box 97061, Redmond, WA 98073 |
| Professional Services Agreement | Braun Consulting, Inc. | 7/24/00 | Brandon Goldfedder, 12310 Pinecrest Road, Suite 303, Reston, VA 20191; G.A. Osendorf, 30 West Monroe, Suite 300, Chicago, IL 6063 |
| Professional Services Agreement | BusinessEdge Solutions, Inc. | 3/24/00 | Chief Financial Officer and General Counsel - 399 Thornall Street, Edison, NJ 08837 |
| Strategic Alliance Agreement | CenterBeam, Inc. | 12/1/00 | 5302 Betsy Ross Drive, Santa Clara, CA 95954 |
| Software License and Maintenance Agreement | Clarify, Inc. | 1/27/00 | 2560 Orchard Parkway, San Jose, CA 95131 |
| Purchase Agreement | Computer Generation Incorporated | 10/20/00 | Building G, 4th Floor, 5775 Peachtree Dunwoody Road, Atlanta, GA 30342 |
| Telephone Billing Software Contract | Cowlitz River Software, Inc. | 4/20/00 | 127 SW 156th St., Seattle, WA 98166 |
| iServices Vendor Alliance Agreement | Crossoft Incorporated | 1/30/01 | 120 Margerite Drive, Suite 100, Cranberry Twp., PA 16066 |
| Professional Services Agreement | Danet, Inc. | 8/8/00 | 6200 Brooktree Road, Wexford, PA 15090 |
| Domain Bank Branded Web Site Business Associate Agreement | Domain Bank, Inc. | 4/1/00 | 824 Eighth Avenue, Bethlehem, PA 18018 |
| Master Services Agreement | Employeease, Inc. | 11/27/00 | Contract Administration - One Piedmont Center, Suite 400, Atlanta, GA 30305 |
| Master Lease Agreement | Extreme Networks Credit Corporation | 3/9/00 | 3585 Monroe Street, Santa Clara, CA 95091 |
| Domestic End User Support Agreement | Extreme Networks, Inc. | 10/1/00 | VP, Finance and Legal Counsel - 3585 Monroe Street, Santa Clara, CA 95091 |
| License Agreement | First Choice Software, Inc. | 1/2/01 | 4412 Spicewood Springs Road, Suite 701, Austin, TX 78759-8567 |
| Lease Agreement # 246168/275546 | First Sierra Financial, Inc. | 5/1/00 | 201 East Center Street, Anaheim, CA 92805 |
| Professional Services Agreement | GDS Telecom Consulting, LLC | 8/29/00 | 4624 N. 24th Street, Arlington, VA 22207 |
| Service Agreement | HireSystems, Inc. | 5/10/00 | 2955 Campus Drive, Suite 380, San Mateo, CA 94403, Attn: Legal Department |
| Professional Services Agreement | Modis Inc. d/b/a Idea Integration | 7/5/00 | 1595 Spring Hill Road, Suite 310 West, Vienna, VA 22182; and 1 Independent Drive, 10th Floor, Jacksonville, FL 32202, Attn: Contract Administration |
| Professional Services Vendor Alliance Agreement | Infinite Dimensions | 10/27/00 | 11921 Freedom Drive, Suite 500, Reston, VA 20190, Attn: Fiaz Javid |
| Resolution Agreement and General Release | Intranet Communications Systems Incorporated | 10/5/00 | 7742 Pickering Drive, Charlotte, NC 28213 |
| Services Agreement | Intranet Communications | 1/1/00 | 7742 Pickering Drive, Charlotte, NC 28213 |

WL: #88676 v1 (1WF801!.DOC)