# *Exhibit L*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BROADBAND OFFICE, INC., | Case No. 01-1720 (GMS) |
| Debtor. | |

FILED 2001 JUN 29 PH 7:50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# Statement of Financial Affairs of the Debtor
# BroadBand Office, Inc.

## Case No. 01-1720 (GMS) (Chapter 11)

223

WL: #88758 v1 (1WHS01!.DOC)

In re BroadBand Office, Inc.                                                                 Case No. 01-1720

## ATTACHMENT SOFA3.a
### Payments received by creditors within 90 days before the commencement of the case

| NAME | AMOUNT PAID | AMOUNT STILL OWING | ADDRESS | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|---|---|
| 8111 Porter Limited Partnership | 237,965.66 | 67,707.27 | Jefferson Commercial Real Estate | 8230 Boone Blvd. Suite 350 | Vienna VA 22182 |
| ABERNATHY, KATHLEEN | 38,316.73 | | 5639 BENT BRANCH ROAD | BETHESDA MD 20816 | |
| ACCESS UNIFORMS & EMBROIDERY | 21,280.11 | 5,932.12 | ASI 102846 1731 ADRIAN RD BLDG. 1 | BURLINGAME CA 94010 | |
| Accurate Stenotypists, Inc | 2,800.00 | - | PO Box 485 | Fairfax VA 22030 | |
| Acker, Chona V. | 6,596.14 | 2,251.63 | 2731 Monacan Street | Apt 104 | Alexandria, VA 22314 |
| Adams, Gary | 24,176.95 | 4,925.62 | 742 Magnolia Ave. | | San Bruno, CA 94066 |
| Aitken, Steven | 19,343.23 | | 6958 Jockey Club Lane | Haymarket VA 20169 | |
| Ajrawat, Singh | 29,393.69 | 8,001.62 | 3106 Sutherland Hill Ct | | Fairfax, VA 22031 |
| All Systems Installation, Inc. | 124,543.18 | 243,858.15 | 13200 10TH AVENUE, NORTH | PLYMOUTH MN 55441-5537 | |
| Allen, Mark | 19,989.67 | | 6500 WEST 43RD STREET # 1212 | HOUSTON TX 77092 | |
| Allnut, Tiffany A. | 1,506.70 | - | | | |
| Allred, Chad | 14,914.06 | 3,203.59 | 6226 Summer Pond Dr. | Apt. F | Centreville, VA 20121 |
| Allstate Leasing, Inc. | 9,679.54 | 3,162.71 | PO Box 17245 | Baltimore MD 21203 | |
| Amani, Barbara | 19,998.79 | 5,496.61 | 21352 Flatwood Pl. | | Sterling, VA 20164 |
| Amaral, Michael | 53,297.48 | 26,333.75 | 19830 Lajuana Ln. | | Spring, TX 77388 |
| American Arbitration Assoc | 27,700.00 | - | Dispute Resolution Svcs. Worldwide | 200 Century Parkway Suite 300 | Atlanta GA 30345 |
| American Express | 177,610.63 | 169,450.74 | Box 0001 | Los Angeles CA 90096-0001 | |
| American Systems Corp. | 37,839.52 | 167,786.01 | 13990 PARKEAST CIRCLE | CHANTILLY VA 20151-2272 | |
| American Voice Mail, Inc. | 6,812.56 | 3,568.87 | 2310 S. Sepulveda Blvd. | Los Angeles CA 90064-1983 | |
| AmeriLink Corp DBA NACOM | 33,515.62 | 1,535,020.03 | 6525 W. Campus Oval | New Albany OH 43054 | |
| Ameritech | 55,155.84 | 68,853.37 | Bill Payment Center | Saginaw MI 48663-0003 | |
| Anderson, Bradley | 22,207.44 | 6,423.91 | 31 Brighton Ave. | | San Francisco, CA 94112 |
| Anderson, Richard B. | 5,037.87 | | 32 Wells Hill Road | Weston CT 06883 | |
| Anderson, Richard S. | 31,562.57 | 4,135.91 | 1112 Hidden Ridge | Apt. #1070 | Irving, TX 75038 |
| Annie Lee | 1,440.00 | 4,680.00 | 2 Meda Avenue | San Francisco CA 94112 | |
| APA - American Payroll Ass | 155.00 | - | 660 N. Main Suite 100 | San Antonio TX 78205-1217 | |

WL: #86305 v1 (1%LD011.DOC)

| NAME | AMOUNT PAID | AMOUNT STILL OWING | ADDRESS | ADDRESS 2 | ADDRESS 3 |
|---|---|---|---|---|---|
| Dykes, Amber | 8,391.04 | | 15708 Dorset Road # 302 | Laurel MD 20707 | |
| Dynax Solutions, Inc. | 58,980.38 | 25,807.94 | PO Box 41017 | Newark NJ 07101-8007 | |
| Eaton, Leslie | 5,656.00 | 544.32 | 4723 Bideford Square | | Fairfax, VA 22030 |
| Eddings, Dawn M. | 19,624.33 | 4,884.69 | 65 North Portwine | | Roselle, IL 60172 |
| Edlin, Arlene | 11,899.22 | | 9822 Woodyard Circle | Upper Marlboro MD 20772 | |
| Egger, Jennifer | 5,850.63 | | 13855J Braddock Springs Road | Centreville VA 20121 | |
| EGL - Eagle Global Logisti | 22,360.15 | 3,799.76 | Billing service: 281-618-3291 | PO Box 844650 | Dallas TX 75284-4650 |
| Eigenbrod, Craig | 62,873.92 | 15,124.34 | 131 Ulen Blvd. | | Lebanon, IN 46052 |
| Eli, David | 36,735.95 | 12,037.15 | 633 Rainbridge St. | | Foster City, CA 94404 |
| Elliott, Kaye | 408.62 | 408.62 | 3528 6th Street South | Arlington VA 22204 | |
| Elmore, Jan | 16,709.28 | 4,877.59 | 7104 Vellex Lane | | Annandale, VA 22003 |
| Emery, Linda | 26,632.40 | 5,408.75 | 9012 Avis Ct. | | Vienna, VA 22182 |
| Employment Security Commis | 1,233.77 | - | of North Carolina PO Box 26504 | Raleigh NC 27611-6504 | |
| Enatsky, Aaron | 12,072.27 | 2,539.70 | 3884 Fairfax Sq. | | Fairfax, VA 22031 |
| Engles, Bruce | 22,030.04 | 6,435.89 | 1639 Lakewood Ave. | | Upland, CA 91784 |
| EOP Operating LP | 26,536.50 | 13,268.25 | 2 N. Riverside Plaza, Suite 2200 | Chicago IL 60606 | |
| Erakat, Neamat | 20,192.34 | 3,614.07 | P.O. Box 3193 | | Daly City, CA 940150193 |
| Ewbank, Ahren | 25,941.64 | 6,876.45 | 24 East 1st Ave. | | Columbus, OH 43201 |
| Extreme Networks Credit Co | 1,158,520.74 | 1,646,567.95 | Attn: Accounts Receivable | 3585 Monroe St. | Santa Clara CA 95051 |
| Fabi, Perry | 44,859.59 | 10,634.57 | 9338 Braymore Circle | | Fairfax Station, VA 22039 |
| Fagan, Geoffrey | 23,234.68 | 9,290.95 | 4603 Turf Valley Dr. | | Houston, TX 77084 |
| Farris, Nicholas | 19,794.40 | 8,376.33 | 320 East 23rd St. | Apt, #9L | New York, NY 10010 |
| Federal Express | 45,063.06 | 3,652.74 | PO Box 1140 | MEMPHIS TN 38101-1140 | |
| Feger, Jamie | 9,791.59 | 1,304.52 | 8232 Crestmont Cir. | | Springfield, VA 22153 |
| Fenster, Jay | 12,115.39 | 1,390.89 | 4423 Taney Avenue | | Alexandria, VA 22304 |
| Fielder, April | 19,338.58 | | 3922 Law #2 | Houston TX 77005 | |
| Finch, Robert | 25,183.99 | | 820 Great Cumberland Road | McLean VA 22102 | |
| Finley, Brian | 18,487.92 | | 14 Linden Hill Drive | Cresent Springs KY 41017 | |
| Finley, Kenneth | 228.23 | | 6677 Kentwick drive | Houston TX 77084 | |
| First Sierra Financial, In | 20,114.30 | 15,109.82 | PO Box 660631 | Dallas TX 75266-0631 | |