# *Exhibit O*

**Pepper Hamilton LLP**
— Attorneys at Law

Suite 1600
1201 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.656.8865

RECEIVED
JUL 3 0 2003
GRAYCARY/J.DAVIS

direct dial 302.777.6582
direct fax 302.397.2711
billerd@pepperlaw.com

July 25, 2003

VIA ELECTRONIC MAIL (jeffdavis@graycary.com)
AND FIRST-CLASS MAIL
Jeffry A. Davis, Esq.
Gray Cary
4365 Executive Drive
Suite 1100
San Diego, CA 92121-2133

Re: In re BroadBand Office, Inc., Case No. 01-1720-GMS (Chap. 11)

As you know, this office represents BroadBand Office, Inc. ("BBO") in a matter involving Technology Credit Corporation D/B/A Extreme Networks Credit Corporation ("Transferee"), in which you have been communicating with Robert Nix and/or me. As you know, BBO and Transferee are parties to a stipulation which tolls the statute of limitations for BBO to bring avoidance actions.

As explained to you earlier, we are interested in attempting to resolve this matter without the need to file a complaint with the Bankruptcy Court. In order to facilitate settlement discussions, I am requesting that you provide the following:

1. A listing of all payments made by BroadBand Office to you, reflecting the check/wire number, date, and amount of each payment. Please include all payments, regardless of whether they were made before, during, or after the preference period.

2. A listing of all invoices sent to BBO by you, reflecting the invoice number, date, and amount of each invoice. Please include all invoices; regardless of whether the products or services were furnished before, during, or after the preference period.

3. If your client wishes to make a settlement offer, we would be prepared to engage in settlement discussions upon receipt of the foregoing information.

Philadelphia vI (2%15011.DOC)   Washington, D.C.      Detroit       New York      Pittsburgh
Berwyn           Cherry Hill       Harrisburg       Princeton     Tysons Corner    Wilmington

www.pepperlaw.com

BBO-356

**Pepper Hamilton LLP**

July 25, 2003
Page 2

    These documents can be emailed to me or you can feel free to send them in hard copy to me at the address below.

    If you have any questions, please do not hesitate to contact me.

Sincerely,

Adam Hiller

cc: David M. Fournier, Esquire

WL #132233 v1 (2%1501L.DOC)

BBO-357