# *Exhibit P*

**JONATHAN A. BRAUN**
Vice President & Senior Workout Counsel
Law Group

September 27, 2004

```
RECVD SJO RMKB
Matter # _____
OCT - 1 2004
CALENDARED ___ FILED BY ___
CORR      PLDG      DISC
OTHER _____
```

Key Equipment Finance
a division of Key Corporate Capital Inc.
1000 South McCaslin Boulevard,
Superior, CO 80027

Tel: 720 304-1247
Fax: 720 304-1452
Email: jonathan_braun@key.com

Bruce C. Pointowski
Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose, California 95113

RE: Broadband Office, Inc. preference claim

Dear Bruce:

Regarding the referenced preference claim, enclosed are photocopies of the following:

1. Both sides of the checks at issue, and a more legible copy of the endorsement stamp on the reverse side of the checks, indicating that the checks were deposited in a KeyBank N.A. account. As you may know, KeyBank is the parent corporation of Key Corporate Capital Inc and Leasetec was merged into Key Corporate Capital Inc. after it was acquired in the late 90's;

2. Both checks, with an indication on each check as to application to the various schedules under Lease #X163;

3. Lease #X163 and all Schedules, (1-6) including Bills of Sale and Assignments, and Notice letters to Broadband, Inc.;

4. Uniform Commercial Code Financing Statements, filed at or about the time of the Assignment, evidencing Leasetec as assignee;

5. Proof of Claim, filed by Key Equipment Finance f/k/a Leastec in Broadband's bankruptcy case, on June 21, 2001; and

6. In re Discovery Zone, Inc., 300 BR 856 (Bankr., Del, 2003), containing a good discussion of the "subsequent new value" defense that we would have available to us if the trustee were not precluded from filing suit against us because of the expiration of the 2 year period provided under 11 USC § 546(a).

TCC00034

September 27, 2004
Page 2 of 2

Hopefully, the enclosed items will assist TCC in its resolution of the trustee's claims. Please feel free to contact me if you wish to discuss this further.

Thank you.

Very truly yours,

Jonathan A. Braun

JAB:jdo

Enclosures

cc: Benjamin K. Riley

TCC00035





TCC00036



726-3044-1488

Mary

Iprayer



Endorsement Stamp

```
Pay to the order of
KEYBANK N A / IPS-CO
SEATTLE  WA  98401
→ 125000574 ←
for deposit to the
within named payee
769681002635
```

*Kathy Canino*
*Operations Supervisor*
303-806-3471

TCC00038

107737

**BROADBAND OFFICE, INC.**
2900 TELESTAR COURT
FALLS CHURCH, VA 22042-1206
(703) 641-6000

BANK OF AMERICA
02992 VA
68-1-510

| 107737 | 09-MAR-01 | *****495,710.44 |
|---|---|---|
|  | DATE | AMOUNT |

Four Hundred Ninety-Five Thousand Seven Hundred Ten Dollars And 44 Cents************************************************************

PAY TO THE ORDER OF

Extreme Networks Credit Co
PO Box 1187
Englewood, CO  80150-1178     048740
United States

⑈107737⑈ ⑆051000017⑆ 004112929525⑈

MAR 12 2001

---

**BROADBAND OFFICE, INC.**

Check Date: 09-MAR-01     Vendor: Extreme Networks Credit Co        107737

| Invoice No | Date | Description | Disc | Amount |
|---|---|---|---|---|
| 1611818 | 22-NOV-00 | Lease # X163-03 | 0.00 | 66,013.70 |
| 1615296 | 29-NOV-00 | X163-01 Due 12/28/00 | 0.00 | 16,695.54 |
| 1616184 | 30-NOV-00 | Lease # X163-04 | 0.00 | 15,359.14 |
| 1635622 | 12-DEC-00 | Lease # X163-02 | 0.00 | 36,425.48 |
| 1638107 | 18-DEC-00 | Lease # X163-05 | 0.00 | 49,150.62 |
| 1639003 | 21-DEC-00 | Lease # X163-03 | 0.00 | 66,013.70 |
| 1641725 | 27-DEC-00 | Lease # X163-06 | 0.00 | 128,601.48 |
| 1644386 | 29-DEC-00 | Lease # X163-01 | 0.00 | 16,695.54 |
| 1645324 | 31-DEC-00 | Lease # X163-04 | 0.00 | 15,359.14 |
| 1664372 | 12-JAN-01 | RENTAL PAYMENT/TECHNO | 0.00 | 36,245.48 |
| 1666324 | 18-JAN-01 | X163-05 Jan | 0.00 | 49,150.62 |
|  |  | Total: | 0.00 | 495,710.44 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

TCC00039

107738

**BROADBAND OFFICE, INC.**
2900 TELESTAR COURT
FALLS CHURCH, VA 22042-1206
(703) 641-6000

BANK OF AMERICA
02992 VA
68-1-510

107738    09-MAR-01    *****276,164.63
DATE        AMOUNT

Two Hundred Seventy-Six Thousand One Hundred Sixty-Four Dollars And 63 Cents************************************************

PAY TO THE ORDER OF

Extreme Networks Credit Co
PO Box 1187
Englewood, CO 80150-1178
United States

048741

⑃107738⑃ ⑃051000017⑃ 004112929525⑃

MAR 12 2001

**BROADBAND OFFICE, INC.**

Check Date: 09-MAR-01    Vendor: Extreme Networks Credit Co         107738

| Invoice No | Date | Description | Disc | Amount |
|---|---|---|---|---|
| 1564938 | 12-OCT-00 | X163-02 Nov'00 short | 0.00 | 346.85 |
| 1610229 | 18-NOV-00 | X163-05 Dec'00 | 0.00 | 49,150.62 |
| 1667916 | 22-JAN-01 | X163-03/ Pymnt Tech E | 0.00 | 66,013.70 |
| 1670357 | 29-JAN-01 | X163-06/ Pymnt Tech E | 0.00 | 128,598.78 |
| 1671935 | 29-JAN-01 | X163-01/ Pymnt Tech E | 0.00 | 16,695.54 |
| 1671936 | 30-JAN-01 | X163-04/ Pymnt Tech E | 0.00 | 15,359.14 |
|  |  | Total: | 0.00 | 276,164.63 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

TCC00040