UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Civil Action No. 04-407 (GMS) |
| | ) | |
| BROADBAND OFFICE, INC., | ) | Bankruptcy Case No. 01-172 (GMS) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| BROADBAND OFFICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TECHNOLOGY CREDIT CORPORATION | ) | |
| d/b/a EXTREME NETWORKS CREDIT | ) | |
| CORPORATION, EXTREME NETWORKS, | ) | |
| INC., and KEY EQUIPMENT FINANCE, | ) | |
| INC. f/k/a KEY CORPORATE CAPITAL, | ) | |
| INC. f/k/a LEASTEC CORPORATION | ) | |
| | ) | **Related Docket Nos. 66, 67, 68 & 69** |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

**TO:**

**HAND DELIVERY**
Robert Wilcox, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

**HAND DELIVERY**
Mark J. Packel, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

STATE OF DELAWARE      )
                       ) SS
COUNTY OF NEW CASTLE   )

    Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., co-counsel to Extreme Networks, Inc. in the

above-captioned case, and that on March 15, 2007 he caused a true and correct copy of the following pleadings to be served upon the above listed counsel in the manner so indicated.

- **Motion of Defendant Extreme Networks, Inc. for Summary Judgment; Filed March 15, 2007 (Docket No. 66); and**

- **Opening Brief in Support of Defendant Extreme Networks, Inc.'s Motion for Summary Judgment; Filed March 15, 2007 (Docket No. 67); and**

- **Affidavit of Ricardo Palacio in Support of Defendant Extreme Networks, Inc.'s Motion for Summary Judgment; Filed March 15, 2007 (Docket No. 68); and**

- **Appendix of Evidence in Support of Defendant Extreme Networks, Inc's Motion for Summary Judgment; Filed March 15, 2007 (Docket No. 69).**

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 15th day of March, 2007.

_____
Notary Public

178940v1

2