CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

**VIA HAND DELIVERY**

Thomas W. Briggs, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Center, 18th Floor
1201 North Market Street
Wilmington, DE 19801

Steven L. Caponi, Esq.
Mark Packel. Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Ricardo Palacio, Esq.
William Bowden, Esq.
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Todd J. Dressel, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111

Regina Stango Kelbon, Esq.
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

/s/ Brian A. Sullivan
Brian A. Sullivan(#2098)