## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I caused one copy of the foregoing document to be served upon the persons listed below in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Thomas W. Briggs, Jr., Esq.<br>Morris, Nichols, Arsht & Tunnell<br>Chase Manhattan Center, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19801 | Todd J. Dressel, Esq.<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111 |
| Steven L. Caponi, Esq.<br>Mark Packel. Esq.<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | Regina Stango Kelbon, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 N. 18th Street<br>Philadelphia, PA 19103 |
| Ricardo Palacio, Esq.<br>William Bowden, Esq.<br>Ashby & Geddes<br>500 Delaware Avenue<br>Wilmington, DE 19801 | |

                                        /s/ Brian A. Sullivan
                                        Brian A. Sullivan(#2098)