## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Civil Action No. 04-407 (GMS) |
| BROADBAND OFFICE, INC., | Bankruptcy Case No. 01-172 (GMS) |
| Debtor. | Chapter 11 |
| BROADBAND OFFICE, INC., | |
| Plaintiff, | |
| vs. | |
| TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION | |
| Defendants. | |

### SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT EXTREME NETWORKS INC.'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| ASHBY &GEDDES, P.A. | WINSTON & STRAWN LLP |
| William P. Bowden, Esq. | David A. Honig, Esq. |
| Ricardo Palacio, Esq. | Todd J. Dressel, Esq. |
| 500 Delaware Avenue, 8th Floor | 101 California Street |
| Wilmington, Delaware  19899 | San Francisco, California  94111 |
| Telephone: (302) 654-1888 | Telephone: (415) 591-1000 |
| Facsimile: (302) 654-2067 | Facsimile: (415) 591-1400 |

*Co-Counsel for Defendant Extreme Networks, Inc.*

SF:158805.1

# INDEX

| Document | Exhibit |
|---|---|
| Pertinent excerpts of Plaintiff Broadband Office, Inc.'s Answers, Responses, and Objections to Defendant Extreme Networks, Inc.'s First Set of Interrogatories and First Request for Production of Documents Directed to Plaintiff Broadband Office, Inc. | R |
| Declaration Concerning Debtor's Schedules as filed in *In re Broadband Office, Inc.,* proceeding no. 01-1720 in the United States Bankruptcy Court for the District of Delaware | S |
| Pertinent excerpts of TCC's Response to Plaintiff's First Set of Interrogatories and First Request for Production of Documents | T |

1

# EXHIBIT R

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Civil Action No. 04-407 (GMS) |
| | ) |
| BROADBAND OFFICE, INC., | ) Bankruptcy Case No. 01-172 (GMS) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| BROADBAND OFFICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TECHNOLOGY CREDIT CORPORATION | ) |
| d/b/a EXTREME NETWORKS CREDIT | ) |
| CORPORATION, EXTREME NETWORKS, | ) |
| INC., and KEY EQUIPMENT FINANCE, | ) |
| INC. f/k/a KEY CORPORATE CAPITAL, | ) |
| INC. f/k/a LEASTEC CORPORATION | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF BROADBAND OFFICE, INC.'S ANSWERS, RESPONSES, AND OBJECTIONS TO DEFENDANT EXTREME NETWORKS, INC.'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF BROADBAND OFFICE, INC.**

Plaintiff Broadband Office, Inc. pursuant to Fed. R. Civ. P. 33 and 34 hereby answers, responds to, and objects to "Defendant Extreme Networks, Inc.'s First Set of Interrogatories and First Request for Production of Documents to Plaintiff Broadband Office, Inc." (the "Discovery Requests") propounded by Defendant Extreme Networks, Inc. ("Extreme Networks" or "Defendant"). Broadband Office, Inc. reserves the right to supplement these responses based on the results of discovery.

**GENERAL OBJECTIONS**

Broadband Office makes the following General Objections to the Discovery Requests. Because these General Objections apply to each of the Discovery Requests,

1

24.    **INTERROGATORY NO. 24**:

When did You first learn of Extreme Networks, Inc.'s alleged guaranty of the

Debtor's lease payment obligations relating to the Master Lease Agreement No. X163

(and schedules 1 through 6).

**ANSWER**:

Mr. Fabi became aware of the guaranty as of the inception of Master Lease

Agreement No. X163 (and schedules 1 through 6) in 2000.

Dated: December 27, 2006.

For the Interrogatories, counsel signs only as to the Objections.

WERB & SULLIVAN

__/s/ Brian Sullivan__
Brian A. Sullivan (#2098)
Robert D. Wilcox (#4321)
Amy D. Brown (#4077)
300 Delaware Ave., 13th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

Attorneys for Broadband Office, Inc.

The undersigned asserts that the foregoing answers are true and correct to the best of his knowledge.

Notary Public

# EXHIBIT S

IN THE UNITED STATES BANKRUPTCY COURT **FILED**
FOR THE DISTRICT OF DELAWARE

2001 JUN 28 PM 7: 50

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                      :        Chapter 11

BROADBAND OFFICE, INC.,                    :        Case No. 01-1720 (GMS)

                         Debtor.           :

                                           :

# Schedules of the Debtor,

# BroadBand Office, Inc.

## Case No. 01-1720 (GMS) (Chapter 11)

WL: #88758 v1 (1WH$01!.DOC)

224

Form F6-Cont.
(12/94)

In re _____ ,                     Case No.
                    Debtor                                           _____
                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                                                                                    (Total shown on summary page plus 1.)
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                        Debtor

Date _____          Signature: _____
                                                                    (Joint Debtor, if any)

                                        [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __CONTROLLER_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __CORPORATION_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date __6/28/01__

                                        Signature: _____
                                                           PERRY FAB I
                                        [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

--------------------------------------------------------------------------------

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT T

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-1720 (GMS) |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION dba<br>EXTREME NETWORKS CREDIT<br>CORPORATION<br><br>Defendant. | Adversary No. 03-60208 |

## RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES
## AND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, Technology Credit Corporation d/b/a Extreme Networks Credit Corporation ("TCC" or "Defendant"), by and through its undersigned attorneys, hereby responds to Plaintiff's First Interrogatories and Request for Production of Documents (the "Requests").

## GENERAL OBJECTIONS

The following general objections apply to and are hereby incorporated by reference into each individual response herein, whether or not expressly incorporated in such individual response:

1.    Defendant objects to the Requests to the extent that they seek to obtain information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, or any other applicable protections or privileges. Defendant's inadvertent production of

**DEFENDANT'S RESPONSE:**

        (a)    None. Defendant is unaware of any entity known as "Technology Credit Co."

        (b)    Not applicable.

**INTERROGATORY AND DOCUMENT REQUEST NO. 12:**

        (a)    Identify all communications between Defendant (including any attorney, other person, or entity acting on behalf of Defendant) and Jeffry A. Davis, or any other attorney associated with or a member of the Gray Cary law firm relating to (i) this lawsuit, (ii) any allegations therein or defenses thereto, (iii) the possibility of any lawsuit regarding transactions relating to Plaintiff, or (iv) any proposed or actual agreement relating to an actual or proposed extension of any limitations period for filing this or any other lawsuit relating to Plaintiff. Include in your answer any communications up to and including the date of your service of your answers to this discovery.

        (b)    Identify and produce each document which supports or is related to your answer to this Interrogatory, or is referenced in your answer.

**DEFENDANT'S RESPONSE:**

        Subject to the General Objections, Defendants states as follows:

        (a)    James E. Hartigan had a conversation with Jeffry A. Davis on or about April 25, 2003 where he provided bills of sales related to Schedules 01 through 06 to Master Lease Agreement X163. Lawrence Clark spoke with Craig M. Tighe of Gray Cary Ware and Freidenrich LLP and requested an affidavit from Jeffry A. Davis.

        (b)    1)    Affidavit of Jeffry A. Davis

                    2)    Telephone notes made by James E. Hartigan.

**INTERROGATORY AND DOCUMENT REQUEST NO. 13:**

        (a)    Identify all communications of which you are aware or believe occurred between Key Bank (including any attorney, other person, or entity acting on behalf of Key Bank) and Jeffry A. Davis, or any other attorney associated with or a member of the Gray Cary law firm relating to (i) this lawsuit, (ii) any allegations therein or defenses thereto, (iii) the possibility of any lawsuit regarding transactions relating to Plaintiff, or (iv) any proposed or actual agreement relating to an actual or proposed extension of any limitations period for filing this or any other

Check  3/14/01        #107738        $276,164.63

Check  3/14/01        #107737        $495,710.44

| Rent Payment Schedule No: | Key Invoice No. | Key Due Date: | Transaction Type | Amount |
|---|---|---|---|---|
| Check #107738: | | | | |
| 01 | 1671925 | 2/28/01 | Rent | $16,695.54 |
| 02 | 1564939 | 11/11/00 | Tax | $ 346.85 |
| 03 | 1667916 | 2/20/01 | Rent | $66,013.70 |
| 04 | 1671936 | 12/29/00 | Rent | $15,359.14 |
| 05 | 1686324 | 2/17/01 | Rent | $49,150.62 |
| 06 | 1670357 | 2/26/01 | Rent | $128,598.78 |
| | | Total Check: | | $276,164.63 |
| Check #107737: | | | | |
| 01 | 1644386 | 1/28/01 | Rent | $16,695.54 |
| 01 | 1635296 | 12/28/00 | Rent | $16,695.54 |
| 02 | 1664372 | 2/11/01 | Rent | $36,245.48 |
| 02 | 1635622 | 1/11/01 | Rent | $36,425.48 |
| 03 | 1639003 | 12/20/00 | Rent | $66,013.70 |
| 03 | 1611919 | 1/20/00 | Rent | $66,013.70 |
| 04 | 1645324 | 1/29/01 | Rent | $15,359.14 |
| 04 | 1616184 | 12/29/00 | Rent | $15,359.14 |
| 05 | 1638107 | 1/17/01 | Rent | $49,150.62 |
| 05 | 1610820 | 12/17/00 | Rent | $49,150.62 |
| 06 | 1601725 | 1/26/01 | Rent | $128,601.48 |
| | | Total Check: | | $495,710.44 |

(b)    Defendant's response to Interrogatory and Document Request No. 2(b) is incorporated herein by this reference as though set forth in full.

MORRIS, NICHOLS, ARSHT & TUNNELL

William H. Sudell (#463)
Thomas W. Briggs, Jr. (#4076)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
(302) 658-9200
Counsel for Defendant

26

OF COUNSEL:

Katherine S. Clark
Law Offices
919 The Alameda
San Jose, CA  95126
(408) 350-7523

Dated:   Wilmington, Delaware
         November 4, 2004

435625