UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Civil Action No. 04-407 (GMS) |
| BROADBAND OFFICE, INC., | Bankruptcy Case No. 01-172 (GMS) |
| Debtor. | Chapter 11 |
| BROADBAND OFFICE, INC., | |
| Plaintiff, | |
| vs. | |
| TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION | |
| Defendants. | |

**SUPPLEMENTAL AFFIDAVIT OF RICARDO PALACIO
IN SUPPORT OF DEFENDANT EXTREME NETWORKS INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Ricardo Palacio, declare and say as follows:

1. I am an attorney at the law firm of Ashby & Geddes, co-counsel for Extreme Networks, Inc. ("Extreme Networks") in the above-captioned proceeding. I make this declaration of my personal knowledge, and if called upon to testify to the matters stated herein, I could and would do so competently.

2. I make this declaration in support of Extreme Networks' Motion for Summary Judgment under Fed.R.Civ.P. 56.

3. Attached to the Supplemental Appendix of Evidence in Support of Defendant Extreme Networks, Inc.'s Motion for Summary Judgment filed concurrently herewith ("Supplemental Appendix") as Exhibit R is a true and correct copy of pertinent excerpts of

1

Plaintiff Broadband Office, Inc.'s Answers, Responses, and Objections to Defendant Extreme Networks, Inc.'s First Set of Interrogatories and First Request for Production of Documents Directed to Plaintiff Broadband Office, Inc..

4. Attached to the Supplemental Appendix as Exhibit S is a true and correct copy of the Declaration Concerning Debtor's Schedules as filed in *In re Broadband Office, Inc.*, proceeding no. 01-1720 in the United States Bankruptcy Court for the District of Delaware.

5. Attached to the Supplemental Appendix as Exhibit T is a true and correct copy of pertinent excerpts of TCC's Response to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, which due to a clerical error were not submitted with the Appendix and are now submitted in support of the Opening Brief of Defendant Extreme Networks Inc.'s Motion for Summary Judgment, paragraph 36.

Executed on April 9, 2007 at Wilmington, Delaware.

By: _____
Ricardo Palacio

SWORN TO AND SUBSCRIBED before me this 9th day of April, 2007.

_____
Notary Public



179557v1