UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor.<br><br><br>BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION<br><br>Defendants. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-172 (GMS)<br><br>Chapter 11 |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del LR 7.1.4, Extreme Networks, Inc. ("Extreme Networks") hereby respectfully requests oral argument on the Motion of Defendant Extreme Networks' Motion for Summary Judgment. *See* Docket Item 66.

**[Remainder of page intentionally left blank]**

| | |
|---|---|
| Dated: April 10, 2007 | ASHBY & GEDDES, P.A.<br><br>/s/ Ricardo Palacio<br>William P. Bowden (I.D. #2553)<br>Ricardo Palacio (I.D. #3765<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>-and-<br><br>WINSTON & STRAWN LLP<br><br>David A. Honig<br>Todd J. Dressel<br>101 California Street<br>San Francisco, California 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>*Co-Counsel for Defendant Extreme Networks, Inc.* |

179582v1