# PROPOSED FORM OF ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor.<br><br><br>BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION d/b/a EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., and KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASTEC CORPORATION<br><br>Defendants. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-172 (GMS)<br><br>Chapter 11 |

## ORDER APPROVING REQUEST FOR ORAL ARGUMENT

AND NOW, this _____ day of _____, 2007, having considered Extreme Networks, Inc.'s Request for Oral Argument in connection with its Motion for Summary Judgment, and any opposition thereto, and due and proper notice having been given,

IT IS HEREBY ORDERED that the Request is GRANTED, and oral argument will be heard on the Motion for Summary Judgment on _____, 2007 at _____ __.__ m.


_____
Gregory M. Sleet
United States District Judge


SF:158802.1

1