UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                      Debtor. | Civil Action  No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>                      Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION D/B/A EXTREME NETWORKS CREDIT CORPORATION, EXTREME NETWORKS, INC., KEY CORPORATE CAPITAL, INC. KEY EQUIPMENT FINANCE, INC. LEASETEC CORPORATION<br><br>                      Defendants. | |

**STIPULATED ORDER
FOR SHORT CONTINUANCE OF  PRETRIAL CONFERENCE**

COME NOW Plaintiff BroadBand Office, Inc. ("BBO"), Technology Credit Corporation; Extreme Networks, Inc. and  Key Corporate Capital, Inc. and jointly stipulate to an order for a short continuance of the Pretrial Conference, currently scheduled for May 7, 2007 at 11:00 am.

Trial in this bankruptcy preference action is currently scheduled for May 29, 2007.  The parties respectfully request that the pretrial conference be continued for at least two (2) weeks, or such later time convenient to the Court, for the following reasons.  BBO has already reached a settlement agreement with one of the defendants, and will commence settlement discussions immediately with the other two defendants. Further, there is pending an unresolved motion for summary judgment filed by Extreme Networks, Inc. and request for oral argument thereon.

Additionally, it appears, and the parties understand, that the Court has two matters set for trial on the same day as the currently scheduled pretrial conference.

Plaintiff shall provide each of the defendants a draft pretrial order at least 7 days prior to the rescheduled pretrial conference, and the Plaintiff shall file the proposed final pretrial order pursuant to and in accordance with D. Del. LR 16(d).

The parties respectfully request that an order be entered continuing the pretrial conference on May 21, 2007 or such other later time convenient for the Honorable Court, such that the pretrial conference shall be held on_____, 2007 at ___:___ _.m.

The Parties also respectfully request that out of state counsel be permitted to participate in the pretrial conference via telephone with all local counsel attending in person.

| | |
|---|---|
| */s/ David Carickhoff* | */s/ Brian A. Sullivan* |
| Steven L. Caponi, Esq. | Brian A. Sullivan, Esq.     (DE #2098) |
| Mark J. Packel, Esq. | Robert D. Wilcox, Esq.     (DE #4321) |
| David Carickhoff (DE # 3715 ) | Amy D. Brown, Esq.          (DE #4077) |
| Blank Rome LLP | 300 Delaware Avenue, 13th Floor |
| 1201 N. Market Street, Suite 800 | P. O. Box 25046 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| | |
| Attorneys for Key Corporate Capital, Inc. | Attorneys Broadband Office, Inc. |
| | |
| */s/ Ricardo Palacio* | */s/ Thomas W. Briggs* |
| Ricardo Palacio, Esq. (DE #3765 ) | Thomas W. Briggs, Jr., Esq. (DE #4076) |
| Ashby & Geddes | Morris, Nichols, Arsht & Tunnell |
| 222 Delaware Avenue | Chase Manhattan Centre, 18th Floor |
| P. O. Box 1150 | 1201 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| | |
| Attorneys for Extreme Networks, Inc. Credit Corporation | Attorneys for Technology Credit Corporation |

3

**IT IS SO ORDERED this** _____**day of** _____, **2007.**

_____
The Honorable Gregory M. Sleet
United States District Court Judge