IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>　　　　　　　　　Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT<br>CORPORATION D/B/A EXTREME<br>NETWORKS CREDIT CORPORATION;<br>EXTREME NETWORKS, INC.; KEY<br>EQUIPMENT FINANCE, INC. f/k/a KEY<br>CORPORATE CAPITAL, INC. f/k/a<br>LEASETEC CORPORATION,<br><br>　　　　　　　　　Defendants. | |

**JOINT MOTION FOR ENTRY OF ORDER DISMISSING WITH
PREJUDICE ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF
AND DEFENDANTS TECHNOLOGY CREDIT CORPORATION,
AND KEY CORPORATE CAPITAL, INC.**

WHEREAS, Plaintiff BroadBand Office, Inc., on the one hand, and Defendants Technology Credit Corporation d/b/a Extreme Networks Credit Corporation ("TCC") and Key Equipment Finance, Inc. f/k/a Key Corporate Corporate Capital, Inc. f/k/a Leasetech Corporation ("Key Equipment") (collectively, the "Settling Defendants"), on the other hand, jointly move for the voluntary dismissal with prejudice of all claims, cross claims and counterclaims between and among the Plaintiff and the Settling Defendants in the above-captioned case;

WHEREAS, the Plaintiff and the Settling Defendants recognize that the relief sought in this Joint Motion is not the dismissal of the case in its entirety, but only the dismissal of defendants TCC and Key Equipment from this case;

NOW THEREFORE, Plaintiff and the Settling Defendants jointly move for entry of an order dismissing with prejudice all claims, crossclaims and counterclaims between and among Plaintiff and the Settling Defendants, in the form attached as Exhibit 1.

---

David W. Carickhoff (DE # 3715)
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Attorneys for Key Equipment Finance, Inc.

---

William H. Sudell, Jr. (#463)
Thomas W. Briggs, Jr., Esq. (#4076)
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

Attorneys for Technology Credit Corporation

---

Brian A. Sullivan, Esq.    (DE #2098)
Robert D. Wilcox, Esq.    (DE #4321)
Amy D. Brown, Esq.    (DE #4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899

Attorneys for Broadband Office, Inc.

# Exhibit 1

108600.01608/40170811v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                    Debtor.<br><br>BROADBAND OFFICE, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION D/B/A EXTREME NETWORKS CREDIT CORPORATION; EXTREME NETWORKS, INC.; KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASETEC CORPORATION,<br><br>                  Defendants. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (GMS)<br>Chapter 11 |

## ORDER

WHEREAS, Plaintiff BroadBand Office, Inc. instituted an adversary proceeding in the Bankruptcy Court which was transferred to this Court and assigned Case No. 4-407 (GMS);

WHEREAS, Plaintiff BroadBand Office, Inc., ("BBO"), and Defendants Technology Credit Corporation; and Key Equipment Finance, Inc. (the "Settling Defendants") have jointly moved for the dismissal of all claims, crossclaims and counterclaims between and among the Plaintiff and the Settling Defendants in this case.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. All claims, crossclaims and counterclaims between and among Plaintiff and the Settling Defendants are hereby dismissed, with prejudice.

2. Each party shall bear its own costs and fees.

SO ORDERED, this _____ day of _____, 2007.

_____
Gregory M. Sleet
United States District Judge