IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>                   Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (BLS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>                   Plaintiff,<br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION D/B/A EXTREME NETWORKS CREDIT CORPORATION; EXTREME NETWORKS, INC.; KEY EQUIPMENT FINANCE, INC. f/k/a KEY CORPORATE CAPITAL, INC. f/k/a LEASETEC CORPORATION,<br><br>                   Defendants. | |

**JOINT MOTION FOR ENTRY OF ORDER DISMISSING WITH
PREJUDICE ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF
AND DEFENDANT EXTREME NETWORKS INC.,**

WHEREAS, Plaintiff BroadBand Office, Inc., on the one hand, and Defendant Extreme Networks, Inc. (hereinafter the "Settling Defendant"), on the other hand, and jointly move for the voluntary dismissal with prejudice of all claims, cross claims and counterclaims between and among the Plaintiff and the Settling Defendant in the above-captioned case;

      WHEREAS, the Plaintiff and the Settling Defendant recognize that the relief sought in this Joint Motion is not the dismissal of the case in its entirety, but only the dismissal of defendant Extreme Networks, Inc. from this case; now therefore,

Plaintiff and the Settling Defendant jointly move for entry of an order dismissing with prejudice all claims and counterclaims between Plaintiff and the Settling Defendant, in the form attached as Exhibit 1.

WERB & SULLIVAN

BY: /s/ Amy D. Brown
Brian A. Sullivan (DE No. #2098)
Amy D. Brown (DE #4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone (302) 652-1100
Facsimile: (302 652-1111

*Attorneys for Plaintiff, Broadband Office, Inc.*

BY: /s/ Todd J. Dressel
Todd J. Dressel
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1430
Facsimile: (415) 591-1430

AND

Ricardo Palacio
ASHBY & GEDDES
500 Delaware Avenue
P. O. Box 1150
Wilmington, DE 199899
Telephone: (302) 654-1888 x240
Facsimile: (302) 654-2067

*Attorneys for Defendant Extreme Networks Inc.*