Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BROADBAND OFFICE, INC.,<br><br>Debtor. | Civil Action No. 04-407 (GMS)<br><br>Bankruptcy Case No. 01-1720 (BLS)<br>Chapter 11 |
| BROADBAND OFFICE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOLOGY CREDIT CORPORATION<br>D/B/A EXTREME NETWORKS CREDIT<br>CORPORATION; EXTREME NETWORKS,<br>INC.; KEY EQUIPMENT FINANCE, INC.<br>f/k/a KEY CORPORATE CAPITAL, INC.<br>f/k/a LEASETEC CORPORATION,<br><br>Defendants. | |

## ORDER

WHEREAS, Plaintiff BroadBand Office, Inc. instituted an adversary proceeding in the Bankruptcy Court which was transferred to this Court and assigned Case No. 4-407 (GMS);

WHEREAS, Plaintiff BroadBand Office, Inc.; ("BBO"), and Defendant Extreme Networks Inc., (the "Settling Defendant") and jointly move for the dismissal of all claims, crossclaims and counterclaims between and among the Plaintiff and the Settling Defendant in this case.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1.    All claims, crossclaims and counterclaims between and among Plaintiff and the Settling Defendant are hereby dismissed, with prejudice.

2.    Each party shall bear its own costs and fees.


SO ORDERED, this _____ day of September, 2007.


_____
The Honorable Gregory M. Sleet
United States District Court Judge