## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22 day of October, 2007, a copy of the foregoing was served upon the following persons in the manner indicated

**VIA FIRST CLASS MAIL:**
Todd J. Dressel
Winston & Strawn LLP
San Francisco, CA 94111


**VIA HAND DELIVERY:**
Ricardo Palacio
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899


                                                    Amy D. Brown (#4077)